## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE    **Robert M. Levy**                            DATE :    **9/16/24**

DOCKET NUMBER:   **24CR362(EK)**                            LOG#:  **12:28 12:39**

DEFENDANT'S NAME :    **Asif Merchant**
       ✓ Present _____ Not Present    ✓ Custody _____ Bail

DEFENSE COUNSEL:   **Avraham Moskowitz**
     _____ Federal Defender    ✓ CJA       _____ Retained

A.U.S.A:   **Sarah Winik**                            CLERK:   **Felix Chin**

INTERPRETER:    **Umesh Passi**                  (Language)   **Urdu**

Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

_____ DETENTION HEARING Held. _____ Defendant's first appearance.

     _____ Bond set at _____. Defendant ___ released ___ held pending
       satisfaction of bond conditions.
     _____ Defendant advised of bond conditions set by the Court and signed the bond.

     _____ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.

     _____ (Additional) surety/ies to co-sign bond by _____

_____ After hearing, Court orders detention in custody. _____ Leave to reopen granted

_____ Temporary Order of Detention Issued. Bail Hearing set for _____

_____ At this time, defense counsel states on the record that the defendant does not have a bail
       application / package. Order of detention entered with leave to reapply to a Magistrate
       or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered.  Start **9/16/24** Stop **11/6/24**

_____ Rule 5f warnings given to the govt. _____ Medical memo issued.

_____ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **11/6/24** @ **10:45** before Judge **Komitee**

Other Rulings: _____

_____

_____

_____

_____

_____