GMR
F. #2023R00922

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

   - against -                                                           24-CR-362 (EK)

ASIF MERCHANT,
    also known as "Asif Raza Merchant,"

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Assistant United States Attorney Gilbert Rein from this point forward will be added as counsel in the above-captioned matter.

All future correspondence to the United States in the above-captioned matter should be sent to:

    Assistant U.S. Attorney Gilbert Rein
    United States Attorney's Office (Criminal Division)
    271-A Cadman Plaza East
    Brooklyn, New York 11201
    Tel: (718) 254-6407
    Email: Gilbert.Rein@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Gilbert Rein at the email address set forth above.

Dated:    Brooklyn, New York
          September 23, 2024

                                                Respectfully submitted,

                                                BREON PEACE
                                                United States Attorney

                                    By:    /s/ Gilbert Rein
                                                Gilbert Rein
                                                Assistant U.S. Attorney

cc:      Clerk of the Court (EK)