

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 20, 2024

<u>By Email and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

      Re:    <u>United States v. Asif Merchant</u>
              <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

      Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided via USAfx, a file sharing platform. The government requests reciprocal discovery from the defendant.

      The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_001377 through (SDM) AM_001410, (SDM) AM_001585 through (SDM) AM_001589, and (SDM) AM_001639 through (SDM) AM_001699.

      The government is providing the following:

- Reports generated by members of law enforcement, including evidence collection logs, property receipts, related to the execution of a search warrant in Texas, Bates-numbered AM_001377 to AM_001386;

- Reports generated by members of law enforcement related to physical surveillance, Bates-numbered (SDM) AM_001387 to (SDM) AM_001410, **marked as Sensitive Discovery Material**;

- Records produced by AT&T Inc., Bates-numbered AM_001411 to AM_001539;

- Records produced by Bank of America Corp., Bates-numbered AM_001540 to AM_001584;

- Records produced by Block Inc., Bates-numbered (SDM) AM_001585 to (SDM) AM_001589, **marked as Sensitive Discovery Material**;

- Records produced by eBay Inc., Bates-numbered AM_001590 to AM_001601;

- Records produced by the Federal Reserve Bank of New York, Bates-numbered AM_001602;

- Records produced by Google LLC, Bates-numbered AM_001603 to AM_001638;

- Records produced by JP Morgan Chase & Co., Bates-numbered (SDM) AM_001639 to (SDM) AM_001699, **marked as Sensitive Discovery Material**;

- Records produced by LinkedIn, Bates-numbered AM_001700 to AM_001702;

- Records produced by Meta Inc. related to Facebook, Bates-numbered AM_001703 to AM_001711;

- Records produced by Meta Inc. related to Instagram, Bates-numbered AM_001712 to AM_001722;

- Records produced by Microsoft Corp., Bates-numbered AM_001723 to AM_001734;

- Records produced by Southwest Airlines Co., Bates-numbered AM_002024 to AM_002052;

- Records produced by United Parcel Service, Inc. ("UPS"), Bates-numbered AM_002054 to AM_002055;

- Records produced by Walmart Inc., Bates-numbered AM_002056;

- Records produced by WhatsApp, Bates-numbered AM_002057 to AM_002061;

- Photographs taken in connection with the search of a residence in Texas on or about July 12, 2024, Bates-numbered AM_001735 to AM_002023; and

- Notations related to the defendant's travel history, Bates-numbered AM_002053;

In addition, materials Bates-numbered AM_002062 through AM_002177 are marked as Attorneys Eyes Only and are available for review at the U.S. Attorney's Office. These materials are unredacted versions of materials previously produced in redacted form. Counsel may arrange a time to review the material at the U.S. Attorney's Office. The following table provides the corresponding Bates-numbers for the redacted and unredacted materials:

| Redacted (Previously Produced) | Unredacted (Available for Review) |
|---|---|
| AM_001177 | AM_002177 |
| AM_001178 | AM_002178 |
| AM_001172 | AM_002087 |
| AM_001173 | AM_002088 |
| AM_001174 | AM_002089 |
| AM_001175 | AM_002090 |
| AM_001176 | AM_002091 |
| AM_001179 – AM_001184 | AM_002101 – AM_002106 |
| AM_001185 – AM_001193 | AM_002092 – AM_002100 |
| AM_001194 – AM_001199 | AM_002107 – AM_002112 |
| AM_001200 – AM_001209 | AM_002129 – AM_002138 |
| AM_001210 – AM_001219 | AM_002139 – AM_002148 |
| AM_001220 – AM_001230 | AM_002113 – AM_002123 |
| AM_001231 – AM_001254 | AM_002149 – AM_002172 |
| AM_000004 – AM_000006 | AM_002084 – AM_002086 |
| AM_001337 – AM_001340 | AM_002073 – AM_002076 |
| AM_001345 – AM_001348 | AM_002077 – AM_002080 |
| AM_001369 – AM_001371 | AM_002081 – AM_002083 |
| AM_001066 | AM_002072 |
| AM_001055 | AM_002063 |
| AM_001053 | AM_002064 |
| AM_001057 | AM_002066 |
| AM_001056 | AM_002067 |
| AM_000264 | AM_002068 |
| AM_001063 | AM_002069 |
| AM_001064 | AM_002070 |
| AM_001065 | AM_002071 |
| AM_001058 | AM_002062 |
| AM_001055 | AM_002063 |
| AM_000264 | AM_002065 |

You may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by calling me to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/
Sara K. Winik
Gilbert M. Rein
Assistant U.S. Attorney
(718) 254-7000

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)