

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

DMP:SKW/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 3, 2025

By Email and ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re: United States v. Asif Merchant
           Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

      At the Court's direction, the government conferred with counsel for the Federal Bureau of Prisons to arrange for an attorney from the Metropolitan Detention Center ("MDC") to be present at the status conference scheduled for January 6, 2025. MDC's counsel is available to participate in the status conference, however, MDC counsel has requested to be permitted to appear by telephone or video teleconference given several pre-existing conflicts and the risk of inclement weather for the New York City area on January 6. In the alternative, the government requests that the Court adjourn MDC's counsel's appearance until January 7, 2025 or a subsequent time convenient for the Court.

      Respectfully submitted,

      BREON PEACE
      United States Attorney

By:    /s/
      Sara Winik
      Gilbert M. Rein
      Assistant U.S. Attorneys
      (718) 254-6407

cc:   Clerk of the Court (EK) (by ECF)
      Avraham C. Moskowitz, Counsel to Defendant (by email and ECF)