**MOSKOWITZ COLSON**
**GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP
80 Broad Street, Suite 1900
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

February 25, 2025

BY ECF
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: *United States v. Asif Merchant*, 24 Cr. 362 (EK)

Dear Judge Komitee:

I am CJA counsel for Mr. Merchant in the above-captioned matter. He is charged with Attempt to Commit an Act of Terrorism Transcending National Boundaries and Murder for Hire.

I write to respectfully request that the Court appoint Joshua J. Lax as my associate counsel in this matter. Mr. Lax is an experienced criminal practitioner, and he is participating as a mentee in the Eastern District of New York CJA Mentorship Program. As a mentee, Mr. Lax would complete the first fifteen hours of case work on a *pro-bono* basis, after which he would bill at a rate of $103 per hour. Mr. Lax will be assisting with discovery review, investigation, drafting submissions, trial preparation, and client meetings.

Thank you for your consideration.

Respectfully submitted,

/s/

Avraham C. Moskowitz