

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 28, 2025

By ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Asif Merchant
     Criminal Docket No. 24-CR-362 (EK)

Dear Judge Komitee:

  At the last status conference, the Court ordered the government to provide an update about whether the Metropolitan Detention Center ("MDC") addressed the concerns the defendant raised with the Court. Today, the government communicated with defense counsel who informed the government that the issues he previously raised had been addressed.

           Respectfully submitted,

           John J. Durham
           United States Attorney

        By:  /s/ Sara K. Winik
           Sara K. Winik
           Nina Gupta
           Gilbert M. Rein
           Assistant U.S. Attorneys
           (718) 254-6407

cc: Clerk of the Court (EK) (by ECF)
   Avraham C. Moskowitz, Counsel to Defendant (by email and ECF)