

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

March 10, 2025

<u>By Email and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

      Re:    <u>United States v. Asif Merchant</u>
               <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

      Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided via USAfx, a file sharing platform. The government requests reciprocal discovery from the defendant.

      The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_002179 through (SDM) AM_002347.

      The government is providing the following:

- Draft translations of audio recorded during meetings and phone calls between the defendant and a confidential human source on June 3, 2024, June 4, 2024, June 5, 2024, June 8, 2024, June 10, 2024, and June 11, 2024, Bates-numbered (SDM) AM_002179 through (SDM) AM_002326, **marked as Sensitive Discovery Material**;

- Draft summary translations of audio recorded during meetings and phone calls between the defendant and a confidential human source on June 21, 2024, June 26, 2024 and June 27, 2024, Bates-numbered (SDM) AM_002327 through (SDM) AM_002347, **marked as Sensitive Discovery Material**;

- Photographs of the defendant's luggage taken on or about July 12, 2024, Bates-numbered AM_002348 through AM_002350; and

- Records and still images from surveillance footage provided by Walmart Inc., Bates-numbered AM_002351 through AM_002363.

You may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

Very truly yours,

BREON PEACE
United States Attorney

By:    /s/
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:    Clerk of the Court (EK) (by ECF) (without enclosures)