

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

June 12, 2025

<u>By Email and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

   Re: United States v. Asif Merchant
     <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

  Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided on an external hard drive. The government requests reciprocal discovery from the defendant.

  The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_003414.

  The government is providing the following:

- Data from a pen register trap and trace device, Bates-numbered AM_002483;

- Reports from the Federal Bureau of Investigation, Bates-numbered AM_002484 to AM_003395;

- Records provided by the Transportation Security Administration, Bates-numbered AM_003396.

- Records provided by Google LLC in response to a search warrant (24 MC 3639), including materials marked as responsive, Bates-numbered AM_003397 through AM_003399;

- Device extractions and relevant materials from the defendant's laptop, Samsung Galaxy cellular phone, and Xiaomi Redmi cellular phone, Bates numbered AM_003400 through AM_003413; and

- Relevant materials extracted from an electronic device obtained from a third party, Bates-numbered (SDM) AM_003414, **marked as Sensitive Discovery Material**.

You may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (EK) (by ECF) (without enclosures)