

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR　　　　　　　　　　　　　　*271 Cadman Plaza East*
F. #2023R00922　　　　　　　　　　　　　　*Brooklyn, New York 11201*

July 9, 2025

<u>By Email and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

　　　　　　　Re:　United States v. Asif Merchant
　　　　　　　　　　<u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

　　　　Enclosed please find supplemental discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure, which is being provided via USAfx, a file sharing platform. The government requests reciprocal discovery from the defendant.

　　　　The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22.

　　　　The government is providing the following:

- Redacted reports from the Federal Air Marshal Service, Bates-numbered AM_003415 through AM_003430;

- Records provided by Meta, Inc., AM_003431;

- Records provided by AT&T Inc., Bates-numbered AM_003432 through AM_004504;

- Records provided by Verizon, Bates-numbered AM_004505 through AM_004534.

You may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (EK) (by ECF) (without enclosures)