**MOSKOWITZ COLSON
GINSBERG SCHULMAN**

Moskowitz Colson
Ginsberg & Schulman LLP

80 Broad Street, Suite 1900
New York, NY 10004

(212) 257-6455
www.mcgsllp.com

October 17, 2025

**By ECF**
Hon. Eric Komitee
U.S. District Judge
U.S. Courthouse
225 Cadman Plaza East
Brooklyn, N.Y. 11201

Re: U.S. v. Asif Merchant
24 Cr. 362 (EK)

Dear Judge Komitee:

  This letter is respectfully submitted with the consent of the Government, to request an adjournment of the status conference scheduled to take place on October 31, 2025. An adjournment is necessary because I will be undergoing knee surgery on October 29 and will not be able to travel to Court for the scheduled conference. I anticipate that I should be sufficiently recovered to attend a conference on the morning of November 7, if that date is convenient for the Court. I am also available the following week on November 12 and 13 and on the morning of November 14. Of course, the defendant is willing to waive speedy trial time between October 31 and the new date of the conference so that I can participate in the proceedings.

  Thank you in advance for your consideration of this request.

            Respectfully submitted,

            *avraham moskowitz*

            Avraham C. Moskowitz

Thank you in advance for your consideration of this request.

Respectfully submitted,

*avraham moskowitz*

Avraham C. Moskowitz