

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/NG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 28, 2025

<u>By ECF</u>

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Asif Merchant
               <u>Criminal Docket No. 24-362 (EK)</u>

Dear Judge Komitee:

      In connection with the trial scheduled to begin on January 26, 2026, in the above-captioned matter, the parties jointly propose the schedule below.

| | |
|---|---|
| Expert Disclosures (if necessary) | December 5, 2025 |
| Motions in Limine | December 12, 2025 |
| Response to Motions in Limine | December 26, 2026 |
| Reply to Motions in Limine | January 9, 2026 |
| Voir Dire, Witness List, Jury Charge | January 12, 2026 |
| Exhibits and Exhibit List | January 12, 2026 |
| 3500 Material | January 15, 2026 |

2

       The parties respectfully request the Court so-order this proposed schedule or any pre-trial schedule the Court deems appropriate.

                                            Respectfully submitted,

                                            JOSEPH NOCELLA, JR.
                                            United States Attorney

By:          /s/
               Sara Winik
               Nina Gupta
               Gilbert M. Rein
               Assistant U.S. Attorneys
               (718) 254-7000

cc:    Clerk of the Court (EK) (by ECF)
       Avraham C. Moskowitz, Counsel to Defendant (by email and ECF)