

U.S. Department of Justice

United States Attorney
Eastern District of New York

SKW/NG/GMR　　　　　　　　　　　　　　　271 Cadman Plaza East
F. #2023R00922　　　　　　　　　　　　　　 Brooklyn, New York 11201

December 1, 2025

By Email and ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

　　　　　　Re:　　United States v. Asif Merchant
　　　　　　　　　　Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

　　　　In connection with the trial scheduled to begin on February 23, 2026, in the above-captioned matter, the parties jointly propose the amended schedule below.

| Expert Disclosures | December 15, 2025 |
|---|---|
| Motions in Limine | January 7, 2026 |
| Response to Motions in Limine | January 21, 2026 |
| Reply to Motions in Limine | January 28, 2026 |
| Voir Dire, Witness List, Jury Charge | February 2, 2026 |
| Exhibits and Exhibit List | February 9, 2026 |
| 3500 Material | February 13, 2026 |

The parties respectfully request the Court so-order this proposed schedule or any pre-trial schedule the Court deems appropriate.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Sara Winik
Nina Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

cc: Clerk of the Court (EK) (by ECF)
Avraham C. Moskowitz, Counsel to Defendant (by email and ECF)