

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 4, 2025

By E-mail and ECF

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

   Re:  United States v. Asif Merchant
      Criminal Docket No. 24-362 (EK)

Dear Mr. Moskowitz:

  Enclosed please find supplemental discovery, which is being provided via USAfx, a file sharing platform. The government requests reciprocal discovery from the defendant.

  The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_008347 through (SDM) AM_008372.

  The government is providing the following:

- The contents of the defendant's statement to U.S. Customs and Border Protection ("CBP") officers and FBI agents on or about April 13, 2024, Bates-numbered AM_008297;[1]

- Consent to search forms and property receipts completed by the occupant of a premises in Richmond, Texas, Bates-numbered AM_008298 through AM_008301;

---

[1] A CBP report containing portions of this statement was previously disclosed at Bates-numbers AM_000170 through AM_000172.

- Geolocation data from the defendant's Xiaomi Redmi cell phone and a third party's electronic device, Bates-numbered AM_008302 through AM_008331;

- Records provided by Southwest Airlines, Bates-numbered AM_008332 through AM_08342;

- A report of examination related to the examination of the defendant's electronic devices, Bates-numbered AM_008343 through AM_008346;

- An FBI report documenting an interview, Bates-numbered (SDM) AM_008347 through (SDM) AM_008350, **marked as sensitive discovery material**; and

- Consensual audio recordings from a confidential source containing the defendant's statements from on or about June 12, 2024, Bates-numbered (SDM) AM_008351 through (SDM) AM_008372, **marked as sensitive discovery material**.

As previously stated, you may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: _____/s/_____
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (EK) (by ECF) (without enclosures)