U.S. Department of Justice

United States Attorney
Eastern District of New York

SKW/GMR/NCG
F. #2023R00922

271 Cadman Plaza East
Brooklyn, New York 11201

December 5, 2025

By ECF

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Asif Merchant
           Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

      The government writes to memorialize a filing made to the Court in the above-referenced case. Earlier today, on December 5, 2025, the government filed, via the Classified Information Security Officer, an *ex parte*, classified letter with the Court.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.
      United States Attorney

By:    /s/
     Sara Winik
     Gilbert M. Rein
     Nina C. Gupta
     Assistant U.S. Attorneys
     (718) 254-7000

cc: Clerk of Court (EK) (by ECF)
     Avraham C. Moskowitz, Esq., Counsel to Defendant (by ECF)