

| | U.S. Department of Justice |
|---|---|
| | *United States Attorney*<br>*Eastern District of New York* |
| SKW/NCG/GMR<br>F. #2023R00922 | *271 Cadman Plaza East*<br>*Brooklyn, New York 11201* |

December 15, 2025

<u>By E-mail and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

    Re: <u>United States v. Asif Merchant</u>
       <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

    Enclosed please find supplemental discovery, which is being provided via USAfx, a file sharing platform. The government requests reciprocal discovery from the defendant.

    The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_008387 through (SDM) AM_008399, (SDM) AM_008402 through (SDM) AM_008406 and (SDM) AM_008426 through (SDM) AM_008445.

    The government is providing the following:

- Mapped geolocation data from the defendant's Samsung cellphone and Xiaomi cellphone and a device belonging to a third party, Bates-numbered AM_008373 through AM_008386;

- Records provided by Google LLC for several user accounts, Bates-numbered (SDM) AM_008387 through (SDM) AM_008398, **marked as sensitive discovery material**;

- A consensual recording from a confidential human source containing the defendant's statements, Bates-numbered (SDM) AM_008399, **marked as sensitive discovery material**;

- A business records declaration provided by Bank of America, Bates-numbered AM_008400 through AM_008401;

- Records provided by Meta, Inc. related to a Facebook account, Bates-numbered (SDM) AM_008402 through AM_008406, **marked as sensitive discovery material**;

- Records provided by Turkish Airlines, AM_008407 through AM_008425; and

- Records provided by Verizon related to a phone number ending in 1811, (SDM) AM_008426 through (SDM) AM_008445, **marked as sensitive discovery material**.

As previously stated, you may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By: /s/
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc: Clerk of the Court (EK) (by ECF) (without enclosures)