

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SKW/GMR/NCG
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 15, 2025

<u>By Email and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

       Re:    United States v. Asif Merchant
             <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

       Please find signed expert disclosures relating to the anticipated testimony of
Jessica Cardenas, Gurpreet Kaur Kainth, Dr. Matthew Levitt, Moazzam Shah and Briana
Whelan, provided in accordance with Rule 16(a)(1)(G) of the Federal Rules of Criminal
Procedure. The disclosures are being provided via USAfx, a file sharing platform. The
government reserves the right to supplement and/or correct these disclosures if appropriate. <u>See</u>

Fed. R. Crim. P. 16(a)(1)(G)(vi).  The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:              /s/
Sara K. Winik
Nina C. Gupta
Gilbert M. Rein
Assistant U.S. Attorneys
(718) 254-7000

Enclosures

cc:    Clerk of the Court (EK) (by ECF)