

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NCG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

January 6, 2026

<u>By E-mail and ECF</u>

Avraham C. Moskowitz, Esq.
Moskowitz Colson Ginsberg & Schulman
80 Broad Street, Suite 1900
New York, NY 10004
Email: amoskowitz@mcgsllp.com

        Re:    <u>United States v. Asif Merchant</u>
               <u>Criminal Docket No. 24-362 (EK)</u>

Dear Mr. Moskowitz:

      Enclosed please find supplemental discovery, which is being provided on an external hard drive. The government requests reciprocal discovery from the defendant.

      The discovery is being produced pursuant to the Protective Order signed by counsel and entered by the Court on November 7, 2024. ECF No. 22. The "Sensitive Discovery Materials" are Bates-numbered (SDM) AM_008644 through (SDM) AM_008645, (SDM) AM_008656 through (SDM) AM_008662, (SDM) AM_008687 through (SDM) AM_008689, (SDM) AM_008830 through (SDM) AM_008851, (SDM) AM_008852 through (SDM) AM_008853, (SDM) AM_008854 through (SDM) AM_008855 and (SDM) AM_008865.

      The government is providing the following:

- Records provided by Amazon.com, Inc., Bates-numbered (SDM) AM_008644 through (SDM) AM_008645, **marked as sensitive discovery material;**

- Records provided by Bank of America Corp, Bates-numbered AM_008646 through AM_008655;

- Records provided by Block, Inc., Bates-numbered (SDM) AM_008656 through (SDM) AM_008662, **marked as sensitive discovery material;**

- Records provided by Early Warning Services (Zelle), Bates-numbered AM_008663 through AM_008686;

- Records provided by the Federal Reserve Bank of New York, Bates-numbered (SDM) AM_008687 through (SDM) AM_008689, **marked as sensitive discovery material;**

- A business records certification for records provided by Google LLC pursuant to a search warrant, Bates-numbered AM_008690 through AM_008786;[1]

- A business records certification for records provided by LinkedIn, Bates-numbered AM_008787;

- Records provided by Microsoft Corp, Bates-numbered AM_008788 through AM_008829;

- Records provided by PayPal Holdings, Inc., Bates-numbered (SDM) AM_008830 through (SDM) AM_008851, **marked as sensitive discovery material;**

- Records provided by Remitly, Bates-numbered (SDM) AM_008852 through (SDM) AM_008853, **marked as sensitive discovery material;**

- Records provided by Xoom Corp., Bates-numbered (SDM) AM_008854 through (SDM) AM_008855, **marked as sensitive discovery material;**

- A certification provided by the Federal Bureau of Investigation related to a video recording, Bates-numbered AM_008856 through AM_008858;

- The extraction and a forensic report containing relevant materials seized pursuant to a search warrant from an iPhone 14 possessed by the defendant, Bates-numbered AM_008859 through AM_008864; and

- A forensic report containing relevant materials from an iPhone belonging to a third party, Bates-numbered (SDM) AM_008865, **marked as sensitive discovery material.**[2]

---

[1] This document was also previously provided with other materials under Bates-number AM_003398.

[2] A forensic report and other materials from this device, including many of the materials included in this production, were previously provided at Bates-numbers AM_003414 and AM_008318 through AM_008324.

As previously stated, you may examine the physical evidence discoverable under Rule 16, including original documents and electronic devices, by contacting the undersigned Assistant United States Attorneys to arrange a mutually convenient time.

        Very truly yours,

        JOSEPH NOCELLA, JR.
        United States Attorney

By:    /s/
        Sara K. Winik
        Nina C. Gupta
        Gilbert M. Rein
        Assistant U.S. Attorneys
        (718) 254-7000

Enclosures

cc:     Clerk of the Court (EK) (by ECF) (without enclosures)