```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA

                -against-                    MEMORANDUM & ORDER
                                               24-CR-362(EK)
ASIF MERCHANT,

                Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        For the reasons to be set forth in a classified memorandum and order, the government's motion for a protective order is granted. The government is permitted not to disclose to Merchant or his counsel the classified materials identified in its motion. The government's application to file its CIPA motion and supplemental submissions *ex parte* and under seal is granted. The government is directed to complete classification review of the forthcoming memorandum and order by 3:00 P.M. on January 26, so the Court may file a redacted version of that order on the public docket and distribute a copy to the defense ahead of the January 27 status conference.

        The Classified Information Security Officer is directed to maintain securely the government's classified submissions, the defense's *ex parte* letter, the transcripts of the *ex parte*, *in camera* hearings on August 6, August 9, and September 11, 2025, the Court's orders dated November 25, 2025

and January 12, 2026, and the forthcoming classified memorandum and order, and to make those materials available in the event of an appeal.

       SO ORDERED.

                                  /s/ Eric Komitee
                               ERIC KOMITEE
                               United States District Judge

Dated:    January 13, 2026
            Brooklyn, New York