```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

UNITED STATES OF AMERICA,

                -against-                    AMENDED
                                        MEMORANDUM & ORDER
ASIF MERCHANT,                            24-CR-362(EK)

                Defendant.

-------------------------------------x
```

ERIC KOMITEE, United States District Judge:

        For the reasons set forth in a classified memorandum and order, the government's motion for a protective order is granted, except as to one request as to which the Court reserves judgment. Other than this request, discussed in the Court's *ex parte* order dated January 13, the government is permitted not to disclose to Merchant or his counsel the classified materials identified in its motion. The government's application to file its CIPA motion and supplemental submissions *ex parte* and under seal is granted. The government is directed to complete classification review of the classified memorandum and order by 3:00 P.M. on January 26, so the Court may file a redacted version of that order on the public docket and distribute a copy to the defense ahead of the January 27 status conference.

        The Classified Information Security Officer is directed to maintain securely the government's classified submissions, the defense's *ex parte* letter, the transcripts of

the *ex parte*, *in camera* conferences on August 6, August 9, and September 11, 2025, the Court's orders dated November 25, 2025, January 12, 2026, and January 13, 2026, and the classified memorandum and order, and to make those materials available in the event of an appeal.

        SO ORDERED.

                                      /s/ Eric Komitee
                                    ERIC KOMITEE
                                  United States District Judge

Dated:    January 14, 2026
            Brooklyn, New York