

U.S. Department of Justice

United States Attorney
Eastern District of New York

SKW/GMR/NCG  
F. #2023R00922

*271 Cadman Plaza East*  
*Brooklyn, New York 11201*

January 22, 2026

By ECF

The Honorable Eric R. Komitee  
United States District Court  
Eastern District of New York  
225 Cadman Plaza East  
Brooklyn, New York 11201

      Re: United States v. Asif Merchant  
           Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

      The government writes to memorialize two filings made to the Court in the above-referenced case. On January 16, 2026 and January 22, 2026, the government filed *ex parte*, classified letters with the Court.

      Respectfully submitted,

      JOSEPH NOCELLA, JR.  
      United States Attorney

By:   /s/  
Sara K. Winik  
Gilbert M. Rein  
Nina C. Gupta  
Assistant U.S. Attorneys  
(718) 254-7000

cc:   Clerk of Court (EK) (by ECF)  
      Avraham C. Moskowitz, Counsel to Defendant (by ECF)