MOSKOWITZ COLSON
GINSBERG SCHULMAN

Moskowitz Colson
Ginsberg & Schulman LLP
1 Battery Park Plaza
31st Floor
New York, NY 10004
(212) 257-6455
www.mcgsllp.com

January 25, 2026

**By ECF**

The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

          Re:    <u>United States v. Asif Merchant</u>
                 24 Cr. 362 (EK)

Dear Judge Komitee:

      I am writing in advance of the status conference scheduled for Tuesday, January 27, 2026, to advise the Court that due to the snowstorm currently impacting New York City, I am stranded in Arizona and will not be able to attend the conference. I am currently scheduled to be in transit on Tuesday, returning to New York in the late afternoon. Although I am confident that my co-counsel, Chris Neff and Joshua Lax, are capable of covering the conference in my absence, I believe that given the important issues currently before the Court and the fast-approaching trial date, it is important that I be present at the conference. Accordingly, it is respectfully requested that the court adjourn the conference to a date and time convenient to the Court and the parties. In that regard, I am available to participate in a conference on the afternoon of January 28 and 29, the morning of February 2, the afternoon of February 3, and the afternoon of February 4. I am sorry for any inconvenience this causes for the Court and the government.

      Thank you in advance for your consideration of this request.

                                                                 Respectfully submitted,

                                                                 *avraham moskowitz*

                                                                 Avraham C. Moskowitz

cc: All counsel of record (by email)