UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

ASIF MERCHANT

               Defendant.

24-CR-362 (EK)

**THE HONORABLE ERIC KOMITEE**
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK
225 CADMAN PLAZA EAST
BROOKLYN, NEW YORK

**\*\*IMPORTANT\*\***
Jurors are instructed to call 1-800-587-6775
on Friday, February 20, 2026 after 7:00 PM
for further reporting instructions.

**Juror Number:** _____

(PLEASE PRINT LEGIBLY USING DARK INK)

**UNITED STATES OF AMERICA v. ASIF MERCHANT**
**24-CR-362 (EK)**

**JUROR QUESTIONNAIRE**

**PRELIMINARY INSTRUCTIONS:**

[TO BE PROVIDED BY THE COURT]

**SUMMARY OF THE CASE**:

[TO BE PROVIDED BY THE COURT]

**Juror Number:** _____

**PLEASE ANSWER THE FOLLOWING QUESTIONS:**

Presumption of Innocence and Burden of Proof

    1.      If selected as a juror, the Court will instruct you that an indictment is only an accusation, and in fact, it is not evidence of anything. Would you have a problem following that instruction?

    YES _____   NO _____

Background

    2.      What is your gender?

    _____

    3.      How old are you?

    _____

    4.      Where were you born?  (If outside the U.S., please tell us the country)

    _____

    5.      In what city/town do you now live?

    _____

    6.      Which of the following describes you? (Please check all that apply)

MARRIED _____

SINGLE: NEVER MARRIED _____   DIVORCED _____

SEPARATED _____   WIDOWED _____

LIVING WITH A PARTNER OR SIGNIFICANT OTHER _____

    7.      Are you a United States citizen?

    YES _____   NO _____

    8.      Are you a citizen of any other country?

    YES _____   NO _____

**Juror Number:** _____

    9.     If yes, which country?

_____

    10.    Do you speak, read, or understand any languages other than English? If so, which ones?

_____

Education

    11.    What is the highest grade you have completed in school?

Elementary/High School Grades: 1-7 \_\_\_\_\_ 8-9 \_\_\_\_\_ 10 \_\_\_\_\_ 11 \_\_\_\_\_ 12 \_\_\_\_\_

College: 1 year \_\_\_\_\_ 2 years \_\_\_\_\_ 3 years \_\_\_\_\_ 4 years \_\_\_\_\_

Graduate: Masters _____ Doctorate _____

Employment

    12.    Have you or an immediate family member ever served in the military (including the reserves, National Guard, or ROTC)?

YES _____    NO _____

    13.    If yes, please indicate who and which branch of service.

_____

_____

_____

    14.    If you are currently employed, what is your job description?

_____

    15.    If you are employed, how long have you worked at your job?

_____

    16.    If your spouse or partner is employed outside the home, what is their job description?

**Juror Number:** _____

_____

17. If you are retired, what was your job description?

_____

18. If your spouse is retired, what is their prior job description?

_____

Interests and Media Consumption

19. Do you belong to or volunteer your time at any associations, organizations, clubs, religious organization, or unions? (Please list below)

_____

_____

_____

20. How do you get your news?

_____

_____

21. What types of books, periodicals, and/or websites do you like to read?

_____

_____

22. Do you use social media?

YES _____   NO _____

23. If so, which social media platforms?

_____

24-CR-362 (EK)

**Juror Number:** _____

Experience with Legal System

24. Have you ever been a juror? If yes, please provide the year of service, whether it was state or federal, criminal or civil, grand jury or a trial, and without indicating what the verdict was, whether there was a verdict.

YES _____   NO _____

_____

_____

25. If you have previously served as a juror, is there anything about that prior jury service that would affect your ability to be a fair and impartial juror in this case, would make you not want to serve again, or affected your opinion about the jury system? If yes, please explain.

YES _____   NO _____

_____

_____

26. Have you ever appeared or testified as a witness in any investigation or legal proceeding?

YES _____   NO _____

27. If you have appeared or testified, what was the proceeding and what was your role?
_____

28. Have you or a close family member ever been involved in a lawsuit?

YES _____   NO _____

29. If so, for each lawsuit please explain what the lawsuit was about?

_____

_____

_____

_____

24-CR-362 (EK)

**Juror Number:** _____

30. Have you, or any of your close friends or relatives, ever been the victim of a crime or a witness to a crime? What was the nature of the crime? Is there anything about those experiences that would affect your ability to be fair and impartial in this case?

YES _____   NO _____

_____

_____

31. Have you or any member of your immediate family ever been stopped, questioned, investigated, arrested, prosecuted, or convicted of a crime (other than a traffic ticket) by any law enforcement officer or agency?

YES _____   NO _____

32. If you answered "yes" to question 31, please describe the circumstances. If more than one instance occurred, please describe each instance. Would that experience affect your ability to be fair and impartial in this case?

_____

_____

_____

_____

_____

33. Do you have, or have you ever had, a close friend or family member in prison?

YES _____   NO _____

34. If you answered "yes" to question 33, please describe the circumstances. If there is more than one person for whom you answered yes, please describe the circumstances for each one. Would that experience affect your ability to be fair and impartial in this case?

_____

_____

_____

_____

**Juror Number:** _____

35. Have you, a family member, or anyone close to you ever been employed, volunteered or had any other affiliation with any aspect of criminal prosecutions or criminal defense work (or applied or planned to apply to do so)?

YES _____   NO _____

36. If yes, please indicate who, the area of law, type of work/experience, date, and location.

_____

_____

The Case and Parties

37. Do you know, or have you had any direct or indirect dealings with the United States Department of Justice ("DOJ"), the Federal Bureau of Investigation ("FBI"), the National Security Agency ("NSA"), the Department of Homeland Security ("DHS"), Customs and Border Patrol ("CBP"), or any other federal, law enforcement or intelligence agency?

YES _____   NO _____

38. Is any member of your family or close friend employed by any law enforcement agency?

YES _____   NO _____

39. If you answered "yes" to any of questions 37 to 39, please explain the circumstances for each "yes" answer:

_____

_____

_____

_____

40. You may hear evidence regarding an attempt to harm United States government officials or other people in the United States. Are there any U.S. government officials or political party members who, if they were targeted to be harmed, you would be unable to render a fair and impartial verdict in this case?

YES _____   NO _____

**Juror Number:** _____

41. If the evidence in this case proves the defendant's guilt beyond a reasonable doubt, will you be able to find him guilty even if the target was an official or politician whom you dislike or with whose policies you strongly disagree?

YES _____   NO _____

42. Conversely, if you like the purported victim, but the evidence does not prove the defendant's guilt beyond a reasonable doubt, would you have any hesitation in finding the defendant's guilt not proven?

YES _____   NO _____

43. If President Trump was the government official targeted, do you have any opinions or views concerning President Trump that would impact your ability to be fair and impartial?

YES _____   NO _____

44. If former President Biden was the government official targeted, do you have any opinions or views concerning former President Biden that would impact your ability to be fair and impartial?

YES _____   NO _____

45. Do you have any opinions or views concerning the Islamic Revolutionary Guard Corps, also known as the IRGC? If so, explain.

YES _____   NO _____

46. Have you heard or seen anything concerning this case including news reports, social media postings, blog entries, or print articles?

YES _____   NO _____

47. Have you ever lived in or visited Pakistan?

YES _____   NO _____

48. Do you have any relatives or close friends who live or have lived in Pakistan?

YES _____   NO _____

49. If so, what is their relationship to you?

_____

50. Have you ever lived in or visited Iran?

9

24-CR-362 (EK)

**Juror Number:** _____

YES _____    NO _____

51. Do you have any relatives or close friends who live or have lived in Iran?

YES _____    NO _____

52. If so, what is their relationship to you?

_____

53. Do you have any views or opinions on the use of undercover law enforcement tactics that may impact your ability to be fair and impartial in this case?

YES _____    NO _____

54. If you answered "yes," please explain.

_____

_____

55. Do you believe a person from a foreign country who is not a United States citizen is entitled to the same rights and protections as a United States citizen if they are accused of committing a crime and prosecuted in an American court?

YES _____    NO _____

Legal Principles and Court's Instructions

56. Will you be able to accept the proposition that the question of punishment is for the Court alone to decide and that the possible punishment must not enter into the deliberations of the jurors as to whether a defendant on trial is guilty?

YES _____    NO _____

57. It is the law that the testimony of a single witness can be sufficient to convict a defendant of a charged crime, if the jury finds that the testimony of that witness establishes proof beyond a reasonable doubt. Do you have any opinion or belief about that law or beliefs that would prevent you from applying this rule of law?

YES _____    NO _____

58. Do you have any opinions or beliefs concerning the criminal justice system that would affect your ability to be a fair and impartial juror?

YES _____    NO _____

24-CR-362 (EK)

10

**Juror Number:** _____

59. The witnesses in this case may include law enforcement officers. Would you be any more or less likely to believe a witness because he or she is a member of law enforcement, such as the Federal Bureau of Investigation, Homeland Security or Customs and Border Patrol?

YES _____ NO _____

60. There may be evidence that is in a foreign language and an interpreter will be used to translate this evidence into English. Even if you understand that language, you must use the interpreter's translation and not substitute your own. Will you have difficulty relying on someone else's translation and putting aside your own?

YES _____ NO _____

61. If you are selected as a juror, you will be instructed that this case can only be decided on the basis of the evidence presented at the trial. This rule is essential to providing a fair proceeding to both sides. Will you follow that instruction?

YES _____ NO _____

62. This case may receive media attention. Will you be able to follow the Court's instruction that you are not to view or listen to any coverage of this case, including going on the Internet and reading or viewing news websites, Facebook, Twitter, Instagram or blogs that in any way mention this case, and/or listening to or watching any media coverage on television or the radio regarding this case?

YES _____ NO _____

63. Will you be able to follow the Court's instruction that you are not to discuss the case with family or friends until the trial is over and your deliberations have concluded, that you are not to discuss the case with fellow jurors until the time for deliberations, and that the only information you are permitted to consider is what is presented in court?

YES _____ NO _____

64. Will you be able to follow the Court's instruction that you are not to conduct your own research or investigation concerning any aspect of the case, including anything about the defendants, witnesses, attorneys, or the court, by using the Internet or any other research medium?

YES _____ NO _____

Final Questions

65. Do you have any difficulty speaking, reading, or understanding English?

11

24-CR-362 (EK)

**Juror Number:** _____

YES _____ NO _____

66. Do you have any problems with your hearing or vision which would prevent you from giving your full attention to this trial?

YES _____ NO _____

67. Do you have any other health condition that may make it difficult for you to this trial your full attention?

YES _____ NO _____

68. If you answered yes to either of the previous two questions, please provide a brief explanation:

_____

_____

69. The Court and the parties estimate that after a jury is selected, this case may last about _____ **weeks,** with the Court sitting Monday through Thursday. Jury service is one of our highest duties and privileges as United States citizens, and mere inconvenience or the usual financial hardships of jury service are insufficient to excuse a prospective juror. With that in mind, would serving on this jury create an extraordinary difficulty or hardship for you?

YES _____ NO _____

70. If you answered yes, please briefly explain the nature of the hardship.

_____

71. Are you aware of any other reason that you cannot render a fair and impartial verdict in this case, without sympathy or prejudice?

YES _____ NO _____

72. If you answered yes, please briefly explain.

_____

73. Please turn to Attachment A at the end of this packet, and circle the name of any person or place that you know or to which you have a connection. If you circled any name or place, please explain why.

**Juror Number:** _____

## **ATTACHMENT A**

███████

██████████████

█████████████

███████████

██████████████████████

████████████████████

████████████████████

███████████████

████████████████

██████████████

████████████████

█████████████

█████████████

█████████████

████████████████

██████████████

█████████████

█████████████

███████████████████

████████████████

███████████████

███████████████

13

24-CR-362 (EK)

**Juror Number:** _____

██████████████████████

██████████████████████

████████

████████

████████

██████████████

████████████

██████████

██████

██████████

████████████

████████████████████

██████████

████████████

████████████████████████

████████████████████████████████████

████████████████████████████████

████████████████████████████████

████████████████████████████████████████

14

24-CR-362 (EK)