U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

SKW/NG/GMR
F. #2023R00922

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

February 13, 2026

By Email and ECF

The Honorable Eric R. Komitee
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

        Re:    United States v. Asif Merchant
                  Criminal Docket No. 24-362 (EK)

Dear Judge Komitee:

        The government respectfully submits this letter to request rulings in advance of trial on the following two government motions in limine to permit: (1) Protective Measures for the Confidential Source ("CS") and Undercover Agents; and (2) Authentication of Device Extractions and Audio Recordings by Certification. *See* ECF 77 at pp. 17 and 33; ECF 110; ECF 111. The decision on both motions will impact printing exhibit binders for the Court and jury, as well as scheduling witness travel. The government remains available should the Court have any additional questions.

                                              Respectfully submitted,

                                              JOSEPH NOCELLA, JR.
                                              United States Attorney

                          By:        /s/
                                        Sara Winik
                                        Nina C. Gupta
                                        Gilbert M. Rein
                                        Assistant U.S. Attorneys
                                        (718) 254-7000

cc:    Clerk of the Court (EK) (by ECF)
       Avraham C. Moskowitz, Counsel to Defendant (by email and ECF)