UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA,

               -against-

ASIF MERCHANT,

               Defendant.

------------------------------------x

**MEMORANDUM & ORDER**
24-CR-362(EK)

ERIC KOMITEE, United States District Judge:

The government is seeking a pretrial ruling on two motions in limine.  Both motions are opposed.  The government is directed to respond to the defendant's opposition as follows.

The government's first motion seeks authorization to protect the identity of a confidential source.  In response, the defense has taken issue with the authority the government invokes.  One cited order in particular, the defense argues, "does not exist" (referring to *United States v. Garcia Luna*, 19-CR-576 (E.D.N.Y. Dec. 28, 2022)), and another refers to a "purported transcript" that "does not exist."  Pretrial Tr. 22, *United States v. Mitrani*, No. 25-CR-39 (E.D.N.Y. Nov. 13, 2025). The government should, as soon as practicable, provide additional material sufficient to allow the defense and the Court to assess the persuasive import of *Garcia Luna* and *Mitrani*.

The second motion seeks authorization to authenticate certain "device extractions" and reports thereof via certification pursuant to Federal Rule of Evidence 902. The defendant opposes this motion on the basis that "none of the declarations identifies the specific software used to extract data from the devices or generate the reports or provides evidence that the process is reliable." ECF 118, at 2 (citing Fed. R. Evidence 902(11) and (12) (2000 advisory committee note). The government should respond to this submission, too, as soon as practicable and, if they choose, submit an updated certification to address what the defense calls the shortcomings in the existing submission.

SO ORDERED.

_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge

Dated:    February 15, 2026
          Brooklyn, New York

2