U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

271 Cadman Plaza East
Brooklyn, New York 11201

SKW/GMR/NCG
F. #2023R00922

February 18, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Asif Merchant
     Criminal Case No. 24-362 (EK)

Dear Judge Cho:

  The government respectfully submits this letter containing the parties' joint strikes for cause in the above-referenced case. The parties agree that the following prospective jurors should be excused: 6, 8, 9, 11, 19, 20, 21, 31, 37, 45, 46, 52, 55, 56, 58, 63, 64, 65, 68, 70, 74, 78, 81, 82, 84, 93, 103, 105, 106, 107, 115, 120, 121, 130, 136, 149, 153, 154, 161, 162, 164, 167, 173, 184, 186, 188, 191, 199, 200, 201, 203, 204, 205, 212, 213, 214, 216, 224, 225, 238, 241, 242, 250, 254, 256, 262, 263, 266, 267, 268, 270, 272, 274, 276, 277, 278, 280, 281, 282, 288, 289, 292, 296, 297, 303, 307, 308, 309, 316, 318, 325, and 334.

            Respectfully submitted,

            JOSEPH NOCELLA, JR.
            United States Attorney

        By:   /s/
            Sara K. Winik
            Gilbert M. Rein
            Nina C. Gupta
            Assistant U.S. Attorneys
            (718) 254-7000

cc: Clerk of the Court (JRC) (by ECF)
   Defense Counsel (by email and ECF)