UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA

        v.

ASIF MERCHANT,

24 Cr. 362 (EK) (JRC)

                     Defendant.
-------------------------------------------------------x

Upon the application of Asif Merchant, by his counsel, it is hereby Ordered that the Metropolitan Detention Center/Bureau of Prisons (MDC/BOP) is directed to accept the following clothing for ASIF MERCHANT, Federal Register Number 12200-506, and to permit him to dress in said clothing each day, for his trial, commencing with jury selection on Monday, February 23, 2023, and continuing each weekday until completion:

- Two shirts
- Two pairs of pants
- Two sweaters
- Two neckties
- One pair of shoes
- Two pairs of socks
- Two undershirts

Dated: Brooklyn, New York
       February __19_, 2026

So Ordered

**/s/ Eric Komitee**
Hon. Eric R. Komittee
United States District Judge