

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

SKW/GMR/NCG
F. #2023R00922

February 19, 2026

By ECF

The Honorable James R. Cho
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Asif Merchant
            Criminal Case No. 24-362 (EK)

Dear Judge Cho:

      The government respectfully submits this letter containing the parties' joint list of jurors for whom either party requests follow-up questions and the follow-up questions identified by question number in the questionnaire.

| Juror Number | Follow-Up Questions |
|---|---|
| 1 | 12, 30, 31 41, 81 |
| 2 | 11, 24, 29, 45, 49, 41, 45, 52, 60, 77, 78 |
| 3 | 19, 76, 78 |
| 4 | 13, 58, 59, 69, 79 |
| 5 | 10, 11-13, 35, 77-78 |
| 7 | 60, 65 |
| 10 | 27-28, 78 |
| 12 | 39, 42, 63 |
| 13 | 78 |
| 14 | 33, 41, 44, 52, 57 |

| | |
|---|---|
| 15 | 19, 28, 40,4 2, 52, 53, 55, 56, 59, 61, 62, 76 |
| 16 | 33, 36 |
| 17 | 13, 53, 54, 62, 78 |
| 18 | 35-38, 29, 54 |
| 22 | 10, 42, 55, 57, 62 |
| 23 | 23, 59, 75, 76, 78 |
| 24 | 61 |
| 25 | 52 |
| 26 | 29, 56-57, 78 |
| 27 | 41, 47-48, 57, 62, 68 |
| 28 | 32-33, 37-38, 40, 44, 52, 57, 59, 62, 63, 78 |
| 29 | 18, 77, 78 |
| 30 | 31, 55. 57. 73-74 |
| 32 | 19, 58, 61, 62, 78 |
| 33 | 19, 38, 62, 77-78 |
| 34 | 19, 38 |
| 35 | 12,19, 39-41, 42-43, 45, 58, 59, 60-62, 63-66, 68-69, 71-72, 73-76 |
| 36 | 16, 17, 28, 37, 38, 52, 55 |
| 38 | 29, 31, 74-76, 77-78 |
| 39 | 44, 45, 52, 59 |
| 40 | 44, 52, 53, 54, 58, 60, 62, 65, 77, 78, 79, 80 |
| 41 | 13, 19, 77, 78 |
| 42 | 19 |
| 43 | 13, 19, 40, 68 |

| | |
|---|---|
| 44 | 44, 52, 54, 57-58, 62 |
| 47 | 29, 38, 52, 58, 62, 68 |
| 48 | 33, 35, 36-38, 47, 52, 54 |
| 49 | 19, 28 |
| 50 | 19, 31, 78 |
| 51 | 19, 44, 51, 52, 78 |
| 53 | 19, 57, 64 |
| 54 | 19, 26, 36-38, 46, 68, 75-76, 78 |
| 57 | 19, 55 |
| 59 | 19, 29, 35, 38, 39, 58, 77, 78 |
| 60 | 13, 28, 29, 33, 39, 42, 50-54, 55, 76-78 |
| 61 | 15, 19, 58, 62, 66, 77, 78 |
| 62 | 15, 18, 20, 36, 40-42, 55-56, 59, 60, 64-72, 73 |
| 66 | 19, 20, 38, 62 |
| 67 | 33 |
| 69 | 19, 29, 30-31, 45, 62, 78 |
| 71 | 16, 19, 38, 41, 58 |
| 72 | 19, 29, 38, 41, 58, 78 |
| 73 | 19, 40, 58, 59 |
| 75 | 52, 62, 71, 78 |
| 76 | 19, 30-31, 33, 39, 42, 78 |
| 77 | 3,19-20, 18, 31, 35-37, 38, 39-42, 43, 44, 48, 52, 55-56 |
| 79 | 19, 20, 29, 42, 52, 55, 61, 62, 65 |
| 80 | 19, 29-31, 38, 39, 42, 52, 55, 62, 65 |
| 83 | 10, 38, 57, 58, 77, 78 |

| | |
|---|---|
| 85 | 13, 40, 44, 55-57, 60, 62 |
| 86 | 19, 40, 58, 59, 69, 77, 78 |
| 87 | 13, 19, 29, 39, 41-43, 62 |
| 88 | 31, 68 |
| 89 | 11, 12, 30,31, 33, 77, 78 |
| 90 | 15, 69-72 |
| 92 | 52, 54, 57, 62 |
| 94 | 23, 40, 58, 59, 68, 69, 78 |
| 95 | 78 |
| 96 | 19, 20, 30-31 |
| 97 | 4, 10, 19, 34, 35, 36, 40, 41, 44, 58, 59, 60, 65, 68 |
| 98 | 19, 38, 44, 52, 55, 58, 77 |
| 99 | 19, 45 |
| 100 | 19,20 |
| 101 | 58, 59, 69, 71, 72, 78 |
| 102 | 60, 62, 74, 78 |
| 108 | 36, 38, 44, 52, 58, 78 |
| 109 | 42, 58, 62, 73 |
| 110 | 23, 40, 58, 59, 64-72 |
| 111 | 42, 43, 55, 62 |
| 112 | 29, 39, 41, 44, 52, 62 |
| 113 | 53, 55, 57 |
| 114 | 42, 55 |
| 116 | 40, 58, 59, 60, 63, 70 |

| | |
|---|---|
| 117 | 29, |
| 118 | 55, 62 |
| 122 | 64, 78 |
| 123 | 38 |
| 124 | 11, 41, 52, 68 |
| 125 | 24, 39-43, 58-60, 62-65, 68-69, 71, 72, 74 |
| 126 | 10, 18-20, 23, 24-25, 39-44, 52-54, 56, 58-64, 68, 70-74, 77-80 |
| 127 | 23, 40, 41, 58, 59, 64, 68 |
| 128 | 13 |
| 129 | 38, 58, 60, 62, 65, 71, 72 |
| 131 | 42, 60, 62 |
| 133 | 23, 28, 29, 32, 37, 52, 55, 62 |
| 134 | 23, 32, 52, 55 |
| 135 | 68 |
| 137 | 53, 55, 62 |
| 138 | 28, 33, 42, 57, 62 |
| 139 | 39, 40, 41, 63, 65, 66, 68, 69, 74, 77 |
| 140 | 23, 29, 59, 62, 74 |
| 141 | 38 |
| 142 | 52, 55, 57, 63, 72 |
| 143 | 42, 55, 56 |
| 144 | 63, 68, 78 |
| 145 | 42, 43 |
| 146 | 52, 58, 78 |
| 147 | 39-44, 58-60 |
| 148 | 44, 55 |

| 151 | 40, 58, 71-72 |
| 152 | 54 |
| 155 | 25-27, 52, 5874, 76 |
| 156 | 63, 78 |
| 157 | 39, 58, 62 |
| 158 | 29, 39, 44, 55, 58, 61, 62, 74 |
| 159 | 23, 28 |
| 160 | 29, 39-44, 52, 55, 58, 62 |
| 163 | 24, 29, 31, 33, 52, 5459, |
| 165 | 42, 55, 61 |
| 166 | 12, 25, 26, 27, 28, 77 |
| 168 | 73 |
| 169 | 38, 52, 76 |
| 170 | 28, 31, 55, 73 |
| 171 | 23, 38, 42, 58, 78 |
| 172 | 18, 29, 58, 77-78 |
| 174 | 29, 31, 33, 39, 42, 55, 62 |
| 175 | 38, 68 |
| 176 | 18, 40, 42, 45, 53, 55, 61, 65 |
| 177 | 23, 24, 48, 58, 59, 60, 61, 62, 63, 64, 67, 68, 69, 71, 72 |
| 178 | 42 |
| 179 | 12, 39, 43, 59, 75, 77-78 |
| 180 | 62 |
| 181 | 28, 42, 52, 55 |
| 182 | 18, 19, 20, 40, 60, 63 |

| | |
|---|---|
| 183 | 29, 36, 53, 60, 78 |
| 187 | 44, 77-80 |
| 189 | 29 |
| 190 | 9, 12, 22, 28, 32 |
| 192 | 68, 72 |
| 193 | 42, 61, 68 |
| 194 | 23, 29, 33, 42, 58, 65, 72 |
| 195 | 27, 27, 29, 39, 42, 58, 62, 75, 77 |
| 196 | 40, 41, 59, 60, 77, 78 |
| 197 | 23, 52 |
| 198 | 18, 28-29, 39-45, 52-71 |
| 202 | 39, 42, 51, 65, 67, 76-78 |
| 206 | 10, 13, 78 |
| 207 | 20, 44, 52, 5877, 78 |
| 208 | 13 |
| 209 | 42, 43, 57, 58, 77, 78 |
| 210 | 27-29, 38 |
| 211 | 23, 39, 45, 58, 62, |
| 215 | 33, 38, 58 |
| 217 | 17, 27, 32, 38-42, 53, 54, 55, 58, 59, 60, 62, 63, 68, 71, 72, 77, 78 |
| 218 | 40, 42, 43, 60, 66, 78 |
| 219 | 39, 77-78 |
| 220 | 16, 39-40, 58, 59, 73-74 |
| 221 | 23, 27-28, 35, 38, 40, 42, 43, 55, 60, 62, 65, 69, 75-76 |
| 222 | 16, 40, 44, 52, 62 |
| 223 | 13, 40-43, 68, 77, 78 |
| 226 | 28, 30-33, 38, 40, 58, 59, 63, 68, 76 |

| | |
|---|---|
| 227 | 27-28, 55, 57, 65 |
| 228 | 13, 15, 23, 29-31, 58 |
| 229 | 13, 14, 33, 42, 43, 48, 55, 57, 59, 61, 75, 76, 77, 78, 79, 80 |
| 230 | 10, 13, 28, 29, 30, 33, 39, 53, 54, 55, 59-61, 72, 76-78 |
| 231 | 10, 13-14, 15, 65, 78 |
| 232 | 13, 14, 23, 40 |
| 233 | 20, 40, 41, 60-63, 73, 77 |
| 234 | 19, 42, 43, 67, 68, 78 |
| 235 | 10, 20, 29, 37, 38, 44, 52-54, 65 |
| 236 | 10, 13, 22, 42, 44, 52, 57 |
| 237 | 4, 19, 23, 24, 30, 40, 55, 58, 59, 60, 61, 62 |
| 239 | 10, 13, 20, 28, 38 |
| 240 | 10, 13, 19, 24, 27, 29, 35, 39, 44, 45, 52, 53, 58, 59, 63, 70, 71, 78-80 |
| 243 | 10, 13, 19, 23, 29, 33, 39-43; 55; 59, 61, 62, 66, 72, 76-80 |
| 244 | 10, 13, 15, 25-26, 27-28, 34-35, 37-38, 58, 78, 79 |
| 245 | 10, 13, 27, 28, 45 |
| 247 | 10, 16, 23, 39, 41, 42, 58, 68, 75, 76 |
| 248 | 10, 13, 15, 19-20, 38, 58 |
| 249 | 10, 13, 18, 19, 23, 27-28, 30-33, 38, 39, 40, 42, 43, 55, 60, 61, 77-78, 81 |
| 251 | 10, 13, 19, 20, 29, 35, 39-43, 55, 58, 59, 65-66, 68, 73, 75, 77 |
| 252 | 9, 10, 19, 27-28, 30-31, 46-48, 58, 63 |
| 253 | 10, 13, 23, 27-28, 38, |
| 255 | 10, 13, 19, 38, 53-55, |
| 257 | 10, 16,19, 20, 28 |

| | |
|---|---|
| 258 | 8, 9, 13, 19, 48, 52, 54, 63, 77, 78 |
| 260 | 10, 13, 19, 23 |
| 261 | 10, 13, 19, 40, 41, 63, 71, 72 |
| 264 | 15, 16, 19, 44, 58, 62 |
| 265 | 10, 13, 19, 20, 37-38, 39 |
| 269 | 10, 13, 19, 39-42, 45, 59, 60, 63, 65, 72, 77, 78 |
| 271 | 10, 13, 19, 20, 28, 60, 62, 71, 78, 81 |
| 273 | 10, 13, 18, 19, 41, 53, 54, 61, 62, 77, 78 |
| 275 | 19, 27, 28, 31, 33, 36-39, 54, 58, 61 |
| 279 | 10, 13, 19, 20, 38 |
| 283 | 10, 13, 14, 19, 28, 29, 42, 77, 78 |
| 284 | 10, 13, 38, 41, 48, 50, 58, 77-78 |
| 285 | 10-14, 20, 29, 30-31, 32-33, 37-38, 42, 48, 51, 55-57, 61-62 |
| 286 | 19, 20, 38, 62 |
| 287 | 10, 13, 19, 40, 59, 60, 63, 68, 69 |
| 290 | 11-16, 18-20, 23, 25, 26, 30-33, 59 |
| 291 | 10, 13, 19, 23, 24, 28, 29, 41 |
| 293 | 10, 13, 14, 15, 19, 27-28, 35, 39, 56, 65, 76, 78 |
| 294 | 10, 12, 14, 15, 19, 20, 58, 77, 78 |
| 295 | 10, 13, 19, 30-31,38, 52 |
| 298 | 10, 13, 23-24, 40, 42, 55, 56, 61 |
| 299 | 13, 19, 39, 40, 69 |
| 300 | 10, 12, 13, 19, 23, 25-26, 37-38, |
| 301 | 10, 18, 19, 30, 31, 52, 58, 66, 75, 76, 77, 78, 79, 80 |

| | |
|---|---|
| 302 | 10, 13, 44, 55, 59, 61, 65, 71, 77 |
| 304 | 10, 13, 19, 20, 23, 55. 62-63, 78 |
| 305 | 10, 13, 15, 19, 23 |
| 306 | 10, 12, 13, 25, 26, 29, 30-35, 37-39, 42, 61, 77, 78 |
| 310 | 10, 13, 15, 19, 27, 28, 68, 69, 78 |
| 311 | 4, 13, 19, 58, 59 |
| 312 | 10, 13, 17, 19, 20, 29, 38, 39, 41, 42, 44, 52, 53, 55, 56, 58, 61, 62, 78 |
| 313 | 10, 13, 18-20, 23, 27-29, 38-39, 53, 54, 55, 78 |
| 314 | 13, 19 |
| 315 | 10, 13, 20, 27, 28, 32, 33, 35, 36-38, 55, 59, 60 |
| 317 | 9, 10, 13, 15, 19, 23, 41, 46-48, 63 |
| 319 | 10, 13 , 30-33, 40, 58-60, 63, 69-70, 73 |
| 320 | 10, 13, 20, 58 |
| 321 | 10, 13, 20, 42, 62, 81 |
| 322 | 18-20, 26, 29, 39, 40, 42, 58-74, 78 |
| 323 | 10, 13, 19, 29, 58, 62, 65, 77, 78 |
| 324 | 10-13, 19, 38, 41, 47, 48, 50, 51, 59, 60 |
| 326 | 10-17, 19, 30-33, 37, 38, 43, 44, 58, 62, 78 |
| 327 | 10, 13, 19, 40-43, 58-68, 75-76 |
| 328 | 13, 19, 23, 31, 33, 59, 71, 72, 77, 78 |
| 329 | 10, 13, 19, 20, 39, 40, 58-60, 73, 76, 77 |
| 330 | 10, 13, 18-20, 27-29, 36-38, 40-43, 53, 59-61, 63, 65, 75, 78, 79, 80 |
| 331 | 13, 19, 40, 41, 58, 62 |
| 333 | 11-14, 19, 37-38, 41, 58, 60, |

| 335 | 10, 13, 19, 23, 39-40, 44, 52, 58, 59, 63, 76-78 |
| 336 | 10, 29, 41, 55, 56, 62, 77, |
| 337 | 10, 13, 19, 23-24, 40, 44, 45, 52, 58, 60, 71, 72 |
| 338 | 10, 13, 19, 34-35, 37-38, 40, 54, 58, 59 |

                              Respectfully submitted,

                              JOSEPH NOCELLA, JR.
                              United States Attorney

By:      /s/
                              Sara K. Winik
                              Gilbert M. Rein
                              Nina C. Gupta
                              Assistant U.S. Attorneys
                              (718) 254-7000

cc:    Clerk of the Court (JRC) (by ECF)
        Defense Counsel (by email and ECF)