GOVERNMENT EXHIBIT
**1301.1**
24 CR 362 (EK)



**Ali Vakil New**

685@s.whatsapp.net



**Hasnain (owner)**



786@s.whatsapp.net

6/18/2024 4:02:05 PM

**Attachments:**

**Audio** ⋙  Duration: 00:00:56

9dff2f82-94a5-41bc-8523 7939b42a7f89.opus

*Greetings. Bro, Asif just called. Sent a message to Kokab Mamu in the morning but there was no reply from Kokab Mamu. However, Asif called just now and said, "Buddy, Kokab Mamu is not answering the phone. Kokab told me to talk to Ali. Right now, I am in Boston with Salma. So … if I can get the money here … uh … by Thursday, then it's okay, otherwise I have to basically make the payment in New York on Friday. I will be in New York on Friday, so buddy, if I can get the money, in New York … $5000. So … who are you going to get it done through?" I said, "Brother Raza has gone for haj . He has a guy, Furqan , who works in his  absence. I will talk to him  and will then update you whether  can get it  or not." So, he  said, "Let me know. I'm waiting. And tell Raza or tell Hasnain that it's Asif's personal work, so don't add too many charges and do this work." I said, "Okay." So now you tell me if there is a possibility or not, whether or not this work can be done. Tell me so that I can update Asif accordingly. He  is going to call me again in an hour or an hour and a half.*



**Ali Vakil New**



685@
s.whatsapp.net

6/18/2024 4:07:08 PM(UTC+0)

Buddy, will receive an answer tomorrow morning. The market is closed today in Dubai and India.



**Hasnain (owner)**

786@
s.whatsapp.net

6/18/2024 4:26:30 PM(UTC+0)

 **Reply**

Buddy, will receive an answer tomorrow morning. The market is closed today in Dubai and India.

6/18/2024 4:07:08 PM(UTC+0)

Ok



**Ali Vakil New**

▬▬685@s.whatsapp.net

6/19/2024 5:53:42 PM(UTC+0)

Brother, did anything happen with regards to Asif's work

6/19/2024 5:54:57 PM(UTC+0)

Faraz
Kokab Mamu
Asif; everyone has called *3, 4* . What shall  reply I was at the bick, then came to the hair saloon [sic]. Did not see nor picked, just saw now. What shall I reply

6/19/2024 5:55:09 PM(UTC+0)

Attachments:



ac47edb4-1b6d-4fad-b8dc-e4436a9f6c59.jpg

**Hasnain (owner)**



▬▬786@s.whatsapp.net



**Ali Vakil New**

685@s.whatsapp.net

6/19/2024 5:55:19 PM(UTC+0)

**Attachments:**



6bbb736c-a3bc-4010-82b5-736e48d04e57.jpg



**Hasnain (owner)**

786@s.whatsapp.net

Within the phone screenshot:

20:55

**BHAI ZONG**
last seen today at 20:50

Brother, God wills it, just tell Mr. Hasnain to have some courage. 09:46

Is it a working day today or are off? 10:04

**BHAI ZONG**
Aj working day ha ya off ha

Only Monday was off, one day is off here 10:05

O.K. That is good. Have the payment made swiftly today of all remaining amount. 10:07

Brother, any update? 13:51

Missed voice call
Tap to call back 15:08

Voice call
2 min 15:09

Missed voice call
Tap to call back 20:07

🚫 This message was deleted 20:22

Message

6/19/2024 5:55:29 PM(UTC+0)



**Ali Vakil New**

685@s.whatsapp.net

**Attachments:**



747b0058-6672-4db5-9e58-492c35d28412.jpg



**Hasnain (owner)**

786@s.whatsapp.net



**Ali Vakil New**

685@
s.whatsapp.net

6/19/2024 5:56:27 PM(UTC+0)

Brother, the rate hasn't even arrived yet.

6/19/2024 5:56:33 PM(UTC+0)

Moeen is not responding.

6/19/2024 5:56:58 PM(UTC+0)

Talk to Kokab Mamu. Tell him.



**Hasnain (owner)**

786@
s.whatsapp.net

6/19/2024 7:59:25 PM(UTC+0)



**Ali Vakil New**

685@ s.whatsapp.net

➡**Forwarded**
**Attachments:**
Audio⏵⏵ Duration: 00:00:32
f8442f6e-731a-46de-82d0-9d1134710a74.opus

*Greetings. Okay Ali, whatever that I have discussed with you and have also discussed with Kokab Mamu, so uh, obviously it has been delayed because of Eid, otherwise it would have been done. But now the issue is that I have to make the payment tomorrow, and uh, you have informed that the rate hasn't even arrived yet and you have also talked to Hasnain. Tell Hasnain on my behalf, "Bro, take a personal interest in it and have it done. It is my personal work." And if he can please, however possible, have it  made to me tomorrow. This payment is a must for me to pay, otherwise my work will get messed up. So please have it made to me tomorrow for certain. For certain. Specially request Hasnain on my behalf.*

**Hasnain (owner)**

786@ s.whatsapp.net

6/19/2024 8:00:18 PM(UTC+0)

Ok



**Ali Vakil New**

█████685@ s.whatsapp.net



6/19/2024 8:00:23 PM(UTC+0)

I am going to have a talk.

6/20/2024 1:52:24 PM(UTC+0)

**Attachments:**

12a02726-dd63-4e51-861a-30bb11c148a9.jpg



**Hasnain (owner)**

█████786@ s.whatsapp.net



**Ali Vakil New**

685@
s.whatsapp.net



6/20/2024 1:52:25 PM(UTC+0)

**Attachments:**



688ce000-ed78-4842-af8e-5adbdac720f6.jpg

**Hasnain (owner)**

786@
s.whatsapp.net



**Ali Vakil
New**

685@
s.whatsapp.net



6/20/2024 1:52:25 PM(UTC+0)

**Attachments:**

07ea4177-1ea6-4a2d-9986-e04898c3b729.jpg



**Hasnain
(owner)**

 786@
s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net



6/20/2024 1:52:26 PM(UTC+0)

**Attachments:**

54e8048e-c6b1-4efc-9a3c-c398373aff0a.jpg



**Hasnain (owner)**

786@ s.whatsapp.net





**Ali Vakil New**

685@ s.whatsapp.net



6/20/2024 1:52:26 PM(UTC+0)

**Attachments:**

aca6943c-dbc7-43ad-90a2-db09af2ad900.jpg

**Hasnain (owner)**

786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net

6/20/2024 1:52:30 PM(UTC+0)

Hasnain          786@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:00:12

6/20/2024 1:54:16 PM(UTC+0)

**Attachments:**
Audio ) Duration: 00:00:17
35fac1bd-9349-4290-a1c1-38232e40df5d.opus

*Yes, it's okay. The message written is absolutely correct. Send it. Even after the voice message, he is going to say that "Buddy, all that is fine, Hasnain, you give time," this and that. Then his talking would start from there. But the message is absolutely okay. There is nothing in it. It is a simple message. Send it.*



**Hasnain (owner)**



786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net

6/20/2024 1:55:06 PM(UTC+0)

**Attachments:**
Audio ))) Duration: 00:00:24
2e10dd15-7eaf-4cc7-ad30-4b24ab18bece.opus

*Bro, I was even going to write this but then I removed it, right, so that this would not upset him. I was going to write him in the message that uh, "That the response … the only meaning--reason for not responding to your message was that if I respond saying one thing, you will further respond by asking me two more questions. Then I will respond to that. Then this matter--issue is not going to be resolved." That is why I just left it out. Now also after sending this message, if he responds, then I am not going to respond if he writes something.*



**Hasnain (owner)**



786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

 786@ s.whatsapp.net

6/20/2024 1:56:57 PM(UTC+0)

**Attachments:**
Audio ⟩) Duration: 00:00:18
e22ff35e-5f78-479e-a938-230ed8d9c159.opus

*Now, what you have said is simple and clear, that buddy, it is up to the discerning person to understand. Anyway, whatever it is … we are at fault at delay, all things are correct in their place, but what difference would you doing a phone message make, my brother? So, understand a little, understand the problem and bear with a little more, where you have endured so much. The message is okay; you can send it.*

6/20/2024 1:57:33 PM(UTC+0)

Okr

6/20/2024 1:57:38 PM(UTC+0)

Aunt Roshan has come.



**Ali Vakil New**

685@ s.whatsapp.net



6/20/2024 1:58:27 PM(UTC+0)

Hasnain ( 786@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:00:08

6/20/2024 2:11:20 PM(UTC+0)

Hasnain 786@s.whatsapp.net.owner) started a call
Status: Not Answered
Duration: 00:00:00

6/20/2024 2:11:35 PM(UTC+0)

Ali Vakil New ( 685@s.whatsapp.net.owner) started a call
Status: Rejected
Duration: 00:00:00

6/20/2024 2:49:58 PM(UTC+0)

Ali Vakil New ( 685@s.whatsapp.net.owner) started a call
Status: Rejected
Duration: 00:00:00



**Hasnain (owner)**

786@ s.whatsapp.net





**Ali Vakil New**

685@s.whatsapp.net



**Hasnain (owner)**

786@s.whatsapp.net

6/20/2024 2:57:36 PM(UTC+0)

Hasnain ████████86@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:00:22

6/20/2024 3:02:32 PM(UTC+0)



**Attachments:**

25f7f7fb-aa34-469e-984e-867eef08f03e.jpg

6/20/2024 3:05:39 PM(UTC+0)



**Ali Vakil New**

685@
s.whatsapp.net

⬅ **Reply**

**Attachments:**



25f7f7fb-aa34-469e-984e-867eef08f03e.jpg    6/20/2024 3:02:32 PM(UTC+0)

He is saying right. Now you reply.
Yes brother, that's how it is.



**Hasnain (owner)**

786@
s.whatsapp.net

6/20/2024 3:06:15 PM(UTC+0)

He will burn down to ashes.
Better to stay silent.



**Ali Vakil New**

685@ s.whatsapp.net



6/20/2024 6:56:47 PM(UTC+0)

Ali Vakil New (⬛685@s.whatsapp.net.owner) started a call
Status: Missed
Duration: 00:00:00

6/20/2024 6:58:04 PM(UTC+0)

Hasnain (⬛786@s.whatsapp.net.owner) started a call
Status: Not Answered
Duration: 00:00:00

6/20/2024 6:58:36 PM(UTC+0)

Ali Vakil New (⬛685@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:04:06

6/20/2024 7:04:35 PM(UTC+0)

Hasnain (⬛786@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:02:30



**Hasnain (owner)**

⬛786@ s.whatsapp.net



**Ali Vakil New**

█████685@ s.whatsapp.net



6/20/2024 7:09:30 PM(UTC+0)

Hasnain █████86@s.whatsapp.net.owner) started a call
Status: Not Answered
Duration: 00:00:00

6/20/2024 7:11:17 PM(UTC+0)

Ali Vakil New █████685@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:02:06

6/20/2024 7:16:55 PM(UTC+0)

Ali Vakil New █████685@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:02:12



**Hasnain (owner)**

█████786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

786@ s.whatsapp.net



6/20/2024 7:25:29 PM(UTC+0)

➦ **Forwarded**
**Attachments:** ⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯

Nadeem USA New
Shared
User ID:
WhatsApp User Id 1845⬛6843@s.whatsapp.net
Phone:
Mobile +1 (845) ⬛6843

6/20/2024 7:25:30 PM(UTC+0)

Nadeem Ali



**Ali Vakil New**

685@s.whatsapp.net

6/20/2024 7:25:31 PM(UTC+0)

➦ **Forwarded Attachments:**

3f92c29c-61bb-4a4f-8655-104a09d7d589.jpg





**Hasnain (owner)**

786@s.whatsapp.net

6/20/2024 7:25:46 PM(UTC+0)

is sending a picture of the note



**Ali Vakil New**

685@s.whatsapp.net

6/20/2024 7:25:51 PM(UTC+0)

Ali Vakil New 685@s.whatsapp.net.owner) started a call

Status: Answered

Duration: 00:03:56

6/20/2024 7:45:44 PM(UTC+0)

➦**Forwarded**
**Attachments:**

7051561f-516f-4756-b804-12ffcfce778a.jpg





**Hasnain (owner)**

786@s.whatsapp.net



**Ali Vakil New**

685@
s.whatsapp.net

6/20/2024 7:46:33 PM(UTC+0)

Ok

6/20/2024 7:47:47 PM(UTC+0)

➡️ **Forwarded**
**Attachments:**
Audio 🔊 Duration: 00:00:16
7ad0c40a-ec1d-4133-ae5a-b59502a9d666.opus

*Brother, tell him, token number, name, number … type everything up properly and send it, buddy. I am driving the vehicle.*



**Hasnain (owner)**

786@
s.whatsapp.net

6/20/2024 8:31:28 PM(UTC+0)

Nadeem
Long Island
+18456843



**Ali Vakil New**

685@s.whatsapp.net



6/20/2024 8:32:02 PM(UTC+0)

**Attachments:**



48b1aa3c-cc7e-4d5b-80d7-778d15e604ab.jpg



**Hasnain (owner)**

786@s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net

6/20/2024 8:32:14 PM(UTC+0)

**Attachments:**



9d037a24-cefb-4936-b77f-9c0ef61c98c4.jpg



**Hasnain (owner)**

786@ s.whatsapp.net





**Ali Vakil New**

685@ s.whatsapp.net

6/20/2024 8:32:33 PM(UTC+0)



↰ **Reply**

**Attachments:**

9d037a24-cefb-4936-b77f-9c0ef61c98c4.jpg

6/20/2024 8:32:14 PM(UTC+0)

**Attachments:**
Audio ⋅)) Duration: 00:00:14
befcef71-c3cf-4a98-a53b-03036ec04518.opus

*Brother, after seeing this picture, even if he was willing to pay the money, won't pay it.*

**Hasnain (owner)**

786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

786@ s.whatsapp.net

6/20/2024 8:32:59 PM(UTC+0)

➡ **Forwarded**
**Attachments:**

Audio ⑄ Duration: 00:00:14
9aa385b3-bc3f-4278-a9f1-9982d0bf9741.opus

*Ali, buddy, tell him … to give only hundred bills, please buddy.  have to make the payment … that 5,000 will then become a lot if he gives smaller bills. Normally, there are hundred  bills in the payment, but still mention it once, buddy.*



**Ali Vakil New**

685@s.whatsapp.net

6/20/2024 8:33:41 PM(UTC+0)

← **Reply**

**Attachments:**
Audio ᐧ))) Duration: 00:00:14
9aa385b3-bc3f-4278-a9f1-9982d0bf9741.opus

6/20/2024 8:32:59 PM(UTC+0)

**Attachments:**
Audio ᐧ))) Duration: 00:00:13
017ccb7d-a554-4b4d-991e-ae6de76113d9.opus

*This  buddy,  he wants to have the hawala done on borrowed.  On top of that is Brother Asif's condition, heaven forbid! I swear. When I forward this message, this photo and this voice note of Brother Asif, then he is just going to cancel the order.*



**Hasnain (owner)**

786@s.whatsapp.net



**Ali Vakil New**

685@s.whatsapp.net



**Hasnain (owner)**

86@s.whatsapp.net

6/21/2024 6:14:05 AM(UTC+0)

Greetings.
Brother, Asif's payment has not been made.

6/21/2024 6:14:53 PM(UTC+0)

Ws

6/21/2024 6:14:55 PM(UTC+0)

Pk

6/21/2024 6:14:56 PM(UTC+0)

Ok



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

786@ s.whatsapp.net

6/21/2024 7:11:16 AM(UTC+0)

➜ **Forwarded**
**Attachments:** _____

MAXDECO FLYER.pdf

30f94b1f-c575-4432-aacc-bbe70d566a70.pdf

6/21/2024 7:11:17 AM(UTC+0)

➜ **Forwarded**
**Attachments:** _____

STICKER FOR DMX AND MAX DEC.pdf

695d30c3-4853-482a-a06b-41324d1fec28.pdf

6/21/2024 7:19:57 AM(UTC+0)

➜ **Forwarded**
**Attachments:** _____

26ff1cb8-c4b1-444f-9a54-176c97e32357.pdf

6/21/2024 8:10:31 AM(UTC+0)



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

786@ s.whatsapp.net

➦ **Forwarded**
**Attachments:**
Audio🔊 Duration: 00:00:15
c0f529f6-5033-4ef9-bd30-2791edbf51ab.opus

*Brother Raza , they must have talked to each other. You can ask. You can directly ask this guy Nadeem Ali, ask him whether he talked to any Firoz. I had talked, he was about to call, then I went to sleep.*

6/21/2024 8:10:31 AM(UTC+0)

➦ **Forwarded**

283.5*5000



**Ali Vakil New**

█████685@s.whatsapp.net

6/21/2024 8:31:31 AM(UTC+0)

> ➤ **Forwarded**
> **Attachments:** _____
>
> Usa Firoz RCG BROKER
> Shared
> User ID:
> WhatsApp User Id 1872███7332@s.whatsapp.net
> Phone:
> WORK +1 (872)███-7332



**Hasnain (owner)**

█████786@s.whatsapp.net

6/21/2024 11:02:41 AM(UTC+0)

➤ **Forwarded**
**Attachments:** _____

Audio 🔊 Duration: 00:00:26
ffd152de-7aef-4df1-8365-4ff8a63d1a65.opus

*Okay Ali, Taqi just called and he is saying 3.62, which means that $5,070 will need to be given. Seventy dollars will be charged on top, which means approximately seventy dollars means … 20,000 rupees. So, he is giving 3.62, meaning he is saying that, "I will pay dirhams here … uh, 18,350, and you can give $5,070 there in Pakistan.*



**Ali Vakil New**

685@
s.whatsapp.net

6/21/2024 11:02:42 AM(UTC+0)

➤ **Forwarded**

3.62



**Hasnain (owner)**



786@
s.whatsapp.net



**Ali Vakil New**



685@s.whatsapp.net

6/21/2024 1:08:36 AM(UTC+0)

➤ **Forwarded**
**Attachments:**

Audio ﹚ Duration: 00:00:47
d9dab68a-afda-4b7d-9f08-925a59500f83.opus

*Bro, gave two commodes to Haider on the Chand Raat, on Saturday, right … and gave a wash basin. Those two commodes that Haider gave to someone … Haider gave them my number. That lady called me and said that "Bro, I wanted T, but he gave me S. Haider gave me your number. Change it for me." I said, "Bro, I am out of stock with the rest … just this stock, right. So, said, "I don't want S, I want T." So, I said, "You should talk to Haider." Then called me again after talking to Haider and said, "Haider is saying 'You return it to him.' So, I will send the return tomorrow morning." only talked about the return. She nor I talked about the money. I said, "Okay then, have it sent tomorrow morning. I will check … they should be perfectly okay … the piece. I will take them from you. No problem." can further ask Haider. And the other thing is that … did any response come regarding the money? A message came from Kokab Mamu … A message also came from Asif.*



**Hasnain (owner)**



786@s.whatsapp.net



**Ali Vakil New**

█████685@ s.whatsapp.net



**Hasnain (owner)**

█████786@ s.whatsapp.net

6/21/2024 1:09:20 PM(UTC+0)

Ok

6/21/2024 1:09:50 PM(UTC+0)

Moeen is saying that it's early morning time, the payment will be made today.

6/21/2024 1:11:48 PM(UTC+0)

Ok



**Ali Vakil New**



685@ s.whatsapp.net

6/21/2024 1:13:45 AM(UTC+0)

➜ **Forwarded**
**Attachments:**

Audio ))Duration: 00:00:37
8ab9eb2d-7ef8-432b-b6a2-d8e00eaab201.opus

*Yes buddy, uh, Ali, you should directly update Nadeem … and the other thing is that now … you know what happened … the payment couldn't be made yesterday … whatever it was … it was an issue of timing. Now today he just … for the sake of the payment … he got leave from his office today … I had him … the poor guy. Meaning, he also lost his wages for today and the poor guy, he took leave for my sake. Now he is waiting …will now for the payment, then after that, will take the payment. Then, I am leaving from here … I will reach there, then he will pick me up … and what do they say …uh, we have to make the payment. Then after that, he will drop me off at the airport, right. The schedule is a little tight. Buddy, try and tell him, "Get it done now, brother. Will be grateful to you, buddy."*



**Hasnain (owner)**



786@ s.whatsapp.net



**Ali Vakil New**

685@ s.whatsapp.net



**Hasnain (owner)**

786@ s.whatsapp.net

6/21/2024 2:48:22 PM(UTC+0)



Hasnain ▮▮▮▮786@s.whatsapp.net.owner) started a call
Status: Answered
Duration: 00:03:36

6/21/2024 4:33:17 PM(UTC+0)

➦ **Forwarded**
**Attachments:**
_____
Audio ᴗ))Duration: 00:00:05
b30d4ed4-49f6-4032-a558-25c1faf83bbb.opus

*Greetings. Okay, Ali. Just Ali … He just now called. He received it … Nadeem did, right.*

6/21/2024 4:46:41 PM(UTC+0)

Ok