

**GOVERNMENT EXHIBIT**
**1301.2**
24 CR 362 (EK)



**Moeen TT**

███████600@s.whatsapp.net



**Hasnain**



███████786@s.whatsapp.net

6/18/2024 8:46:16 AM(UTC+0)
Are you in Dar or India?

6/18/2024 8:46:24 PM(UTC+0)
India

6/18/2024 8:46:33 AM(UTC+0)
OK

6/18/2024 8:46:39 AM(UTC+0)
Pls give the rate for RMB.

6/18/2024 8:46:49 PM(UTC+0)
Tomorrow

6/18/2024 8:46:52 PM(UTC+0)
Closed Today



**Moeen TT**

███████600@s.whatsapp.net



**Hasnain**

███████786@s.whatsapp.net

6/18/2024 8:46:54 AM(UTC+0)

Ok

6/19/2024 7:00:42 AM(UTC+0)

Greetings

6/19/2024 7:00:43 AM(UTC+0)

Brother

6/19/2024 7:00:45 AM(UTC+0)

How are you?

6/19/2024 7:01:02 AM(UTC+0)



6/19/2024 7:01:33 AM(UTC+0)

Are free. Can call?



**Moeen TT**

[redacted]600@s.whatsapp.net



6/19/2024 9:19:10 AM(UTC+0)

Hasnain ([redacted]786@s.whatsapp.net owner) started a call
Status: Rejected
Duration: 00:00:00

6/19/2024 9:19:19 AM(UTC+0)

Sorry, I can't talk right now.

**Hasnain**

[redacted]786@s.whatsapp.net

6/19/2024 9:19:40 AM(UTC+0)



Attachments:

Audio 🔊  Duration: 00:00:03

8e57c4c2-ec99-49bd-87d1-8bbdd8e93356.opus

*Buddy, Brother Moeen, have a favor to ask of you, buddy. Please pick up the phone, buddy.*

6/19/2024 11:20:49 AM(UTC+0)

Brother

6/19/2024 11:20:55 AM(UTC+0)

Give the rate for RMB



**Moeen TT**

600@s.whatsapp.net



6/19/2024 11:20:59 AM(UTC+0)

Have to do 80,000 rmb

6/20/2024 7:02:53 PM(UTC+0)

Hasnain 786@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:01:19

6/20/2024 7:07:12 PM(UTC+0)

Hasnain 86@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:02:06

6/20/2024 7:19:33 PM(UTC+0)

Hasnain 786@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:00:01



**Hasnain**

786@s.whatsapp.net



**Moeen TT**

▆▆▆▆▆▆600@s.whatsapp.net



**Hasnain**

▆▆▆▆▆▆786@s.whatsapp.net

6/20/2024 7:20:05 PM(UTC+0)

Hasnain (▆▆▆▆▆786@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:00:31

6/20/2024 7:34:04 PM(UTC+0)

Hasnain (▆▆▆▆▆786@s.whatsapp.net owner) started a call
Status: Rejected
Duration: 00:00:00

6/20/2024 7:36:35 PM(UTC+0)

Where are you

6/20/2024 7:46:12 PM(UTC+0)

➤ **Forwarded**
**Attachments:**
Nadeem USA New
Shared
User ID:
WhatsApp User ID: 1845▆▆6843@s.whatsapp.net
Phone:
Mobile +1 (845) ▆▆▆6843



**Moeen TT**

600@s.whatsapp.net



6/20/2024 7:46:12 PM(UTC+0)

➤ **Forwarded**

Nadeem Ali

6/20/2024 7:46:12 PM(UTC+0)

➤ **Forwarded**

Attachment:



2cae2c37-08b8-49be-b18d-e2449fddd35b.jpg



**Hasnain**

786@s.whatsapp.net



**Moeen TT**

600@s.whatsapp.net



**Hasnain**



786@s.whatsapp.net

6/20/2024 7:46:17 PM(UTC+0)

5000$

6/20/2024 7:47:04 PM(UTC+0)

**Audio** 🔊 Duration: 00:00:06
88600b1c-3058-4a77-ba06-5dcffd4896d2.opus

*Bro, tell him that, the token number, name, number … type everything properly and send, buddy. I am driving a vehicle.*

6/20/2024 8:03:42 PM(UTC+0)

Nadeem ali
+18456843
Tk no.E 58982908 H
5000$



**Moeen TT**

████████600@
s.whatsapp.net

**Hasnain**

████████786@
s.whatsapp.net

6/21/2024 6:16:16 AM(UTC+0)

Salma

6/21/2024 6:16:17 AM(UTC+0)

Salam

6/21/2024 6:16:22 AM(UTC+0)

↩ Reply

Nadeem ali
+1845███6843
Tk no.E 58982908 H
5000$

6/20/2024 8:03:42 PM(UTC+0)

The payment has not been made

6/21/2024 8:05:47 AM(UTC+0)

Audio 🔊 Duration: 00:00:15

1edba35e-0480-4805-b414-bdea0c948b57.opus

*Brother Raza , they must have talked to each other. You can ask. You can directly ask this guy Nadeem Ali, ask him whether he talked to any Firoz. I had talked, he was about to call, then I went to sleep.*





**Moeen TT**

█████600@s.whatsapp.net

6/21/2024 8:31:03 AM(UTC+0)

**Attachments:**

Usa Firoz RCG BROKER Shared
User ID:
Whatsapp User ID
1872███7332@s.whatsapp.net

Phone:
WORK +1 (872) ███-7332

6/21/2024 12:27:58 PM(UTC+0)

Hasnain (255799100786@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:01:05



**Hasnain**

█████786@s.whatsapp.net



**Moeen TT**

███████600@s.whatsapp.net

6/21/2024 1:15:34 PM(UTC+0)

➦ **Forwarded**

**Attachments:**
**Audio** 🔊 Duration: 00:00:37
b1e1ba7c-5982-42b3-a229-2563b9efc172.opus

*Yes buddy, uh, Ali, you should directly update Nadeem … and the other thing is that now … you know what happened … the payment couldn't be made yesterday … whatever it was … it was an issue of timing. Now today he just … for the sake of the payment … he got leave from his office today … I had him … the poor guy. Meaning, he also lost his wages for today and the poor guy, he took leave for my sake. Now he is waiting …will now for the payment, then after that, will take the payment. Then, I am leaving from here … I will reach there, then he will pick me up … and what do they say …uh, we have to make the payment, then after that he will drop me off at the airport, right. The schedule is a little tight. Buddy, try and tell him, 'Get it done now, brother. Will be grateful to you, buddy.'*



**Hasnain**

███████786@s.whatsapp.net

**Moeen TT**

▮▮▮▮▮600@s.whatsapp.net

**Hasnain**

▮▮▮▮▮786@s.whatsapp.net

6/21/2024 1:15:39 PM(UTC+0)

↩ Reply

➡ Forwarded
Attachments:
Audio 🔊  Duration: 00:00:37
b1e1ba7c-5982-42b3-a229-2563b9efc172.opus

The US guy

6/21/2024 4:56:00 AM(UTC+0)

➡ Forwarded
Attachments:




2372f43e-5d36-4995-8881-5265f90418d5.jpg



**Moeen TT**

██████600@
s.whatsapp.net

6/21/2024 4:56:04 PM(UTC+0)

Moeen TT (███████600@s.whatsapp.net owner) started a call
Status: Answered
Duration: 00:00:21

6/22/2024 8:36:49 AM(UTC+0)

**Attachments:**

Audio 🔊  Duration: 00:00:07

db4a0aae-e246-45b0-8a76-2aeef87ec74e.opus

*Greetings. Uh, how are you doing, Brother Moeen? Give me the number of your Karachi guy. I will have the money given to him, buddy. Alright?*

6/22/2024 8:37:02 AM(UTC+0)





**Hasnain**

██████786@
s.whatsapp.net