

GOVERNMENT EXHIBIT
**1001.1**
24 CR 362 (EK)



**Ali Vakil**

████685@s.whatsapp.net



**Asif Merchant (owner)**

████2757@s.whatsapp.net

4/14/2024 10:45:27 PM(UTC+0)

Messages and calls are end-to-end encrypted.
No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

5/23/2024 6:59:43 PM(UTC+0)

Messages and calls are end-to-end encrypted.
No one outside of this chat, not even WhatsApp, can read or listen to them. Tap to learn more

6/18/2024 3:56:28 PM(UTC+0)

Outgoing call from
Asif Merchant ████2757@s.whatsapp.net owner)

6/18/2024 4:26:55 PM(UTC+0)

Greetings.



**Ali Vakil**

685@
s.whatsapp.net



**Asif Merchant (owner)**

2757@
s.whatsapp.net



6/18/2024 4:27:04 PM(UTC+0)

➦ **Forwarded**

Buddy, the answer would be available tomorrow morning, the market is closed today in Dubai and India.

6/18/2024 4:27:22 PM(UTC+0)

Will inform by 12 tomorrow.

6/18/2024 4:28:00 PM(UTC+0)

Outgoing call from
Asif Merchant       2757@s.whatsapp.net owner)

6/19/2024 4:15:02 PM(UTC+0)

Outgoing call from
Asif Merchant       2757@s.whatsapp.net owner)



**Ali Vakil**

█████685@ s.whatsapp.net



6/19/2024 4:16:00 PM(UTC+0)

Outgoing call from
Asif Merchant ████2757@s.whatsapp.net owner)

6/19/2024 4:18:27 PM(UTC+0)

?????????????

6/19/2024 5:30:35 PM(UTC+0)

Outgoing call from
Asif Merchant ████2757@s.whatsapp.net owner)

6/19/2024 5:31:35 PM(UTC+0)

Emojis.



**Asif Merchant (owner)**

████2757@ s.whatsapp.net



**Ali
Vakil**

████0685@
s.whatsapp.net

6/19/2024 7:08:56 PM(UTC+0)

What happened brother?

6/19/2024 7:51:30 PM(UTC+0)

Outgoing call from
Asif Merchant ████2757@s.whatsapp.net owner)

6/19/2024 7:57:57 PM(UTC+0)



**Asif
Merchant
(owner)**

████2757@
s.whatsapp.net

**Attachments:**
Audio ⟫) Duration: 00:00:32
201ff690b8bc4842b2205e7a971c9283.opus

*Greetings. Ok Ali, whatever conversation ... I have had with you as well and also with maternal uncle Kokab, so obviously it has been delayed due to Eid , otherwise, this would have been done, but now the problem is that I have to make a payment tomorrow and ... uh ... you have just informed that the rates have not arrived yet, and you have had a talk with Hasnain as well. So, tell Hasnain on my behalf, that, "brother get this job done while taking a personal interest in it. This is my personal work and for me ... tomorrow, which is the one, please get it done one way or another... I have to make this payment definitely, otherwise my work, which is the one, would get messed up. So please get it done for me tomorrow for sure ... for sure.". Tell Hasnain especially on my behalf.*



**Ali Vakil**

0685@s.whatsapp.net

6/19/2024 7:59:20 PM(UTC+0)

 **Reply**

_____
**Attachments:**
Audio ᵈ)) Duration: 00:00:32
201ff690b8bc4842b2205e7a971c9283.opus

*Greetings. Ok Ali, whatever conversation … I have had with you as well and also with maternal uncle Kokab, so obviously it has been delayed due to Eid , otherwise, this would have been done, but now the problem is that I have to make a payment tomorrow and … uh … you have just informed that the rates have not arrived yet, and you have had a talk with Hasnain as well. So, tell Hasnain on my behalf, that, "brother get this job done while taking a personal interest in it. This is my personal work and for me … tomorrow, which is the one, please get it done one way or another… I have to make this payment definitely, otherwise my work, which is the one, would get messed up. So please get it done for me tomorrow for sure … for sure.". Tell Hasnain especially on my behalf.*

6/19/2024 7:57:57 PM(UTC+0)

OK



**Asif Merchant (owner)**

2757@s.whatsapp.net



**Ali Vakil**

0685@ s.whatsapp.net



6/20/2024 7:12:30 PM(UTC+0)

Outgoing call from
Asif Merchant ████2757@s.whatsapp.net owner)

6/20/2024 7:13:39 PM(UTC+0)

Incoming call from
Ali Vakil ████00685@s.whatsapp.net)

6/20/2024 7:18:19 PM(UTC+0)

**Attachments:**

Nadeem USA New
Shared
User ID:
WhatsApp User Id 1845██6843@s.whatsapp.net
Phone:
Other +1 (845)██-6843



**Asif Merchant (owner)**

2757@ s.whatsapp.net



**Ali Vakil**

685@s.whatsapp.net

6/20/2024 7:18:28 PM(UTC+0)

Nadeem Ali



6/20/2024 7:19:00 PM(UTC+0)

**Attachments:**

c7a47825-3f9a-45e7-80b9-3799d0a37ed9.jpg



**Asif Merchant (owner)**

757@s.whatsapp.net



**Ali Vakil**

0685@
s.whatsapp.net



**Asif Merchant (owner)**

2757@
s.whatsapp.net

6/20/2024 7:19:04 PM(UTC+0)

Outgoing call from
Asif Merchant █████2757@s.whatsapp.net owner)

6/20/2024 7:22:48 PM(UTC+0)

Noted the picture

6/20/2024 7:23:41 PM(UTC+0)

**Attachments:**

Audio ›)) Duration: 00:00:09
670b3be9acf9431a9a4ec4123aba90b0.opus

*Yes Ali, I have told him. He didn't have anything in his pocket because these people use cards etc. Now he is headed to the ATM, so he would withdraw 10's 20's notes … so he will send it to me in a little while.*



**Ali Vakil**

█████████685@ s.whatsapp.net

6/20/2024 7:44:40 PM(UTC+0)

**Attachments:**



IMG-20240620-WA0002.jpg



**Asif Merchant (owner)**

█████████2757@ s.whatsapp.net

6/20/2024 7:45:01 PM(UTC+0)

Outgoing call from
Asif Merchant (█████████757@s.whatsapp.net owner)



**Ali
Vakil**

███████0685@
s.whatsapp.net

6/20/2024 8:14:22 PM(UTC+0)

**Attachments:**
Audio ·)) Duration: 00:00:14
a4a3c34cbe884e18b390edb265f95e98.opus

*Ali, buddy tell him to please give bills of hundreds only, please buddy. Need to make the payment …that 5000, which is the one, you know …would become too much if he gave it in smaller bills. Otherwise, normally the payment consists of one hundred notes.*



**Asif
Merchant
(owner)**

██████2757@
s.whatsapp.net

6/20/2024 8:32:38 PM(UTC+0)

Ok

6/20/2024 9:03:51 PM(UTC+0)

Outgoing call from
Asif Merchant(██████2757@s.whatsapp.net owner)





**Ali Vakil**

0685@ s.whatsapp.net

6/21/2024 6:32:45 AM(UTC+0)

Ok I will place the call.

6/21/2024 8:13:18 AM(UTC+0)

Confirm with Nadeem. Has the payment been made?

6/21/2024 8:47:37 AM(UTC+0)

**Attachments:**

IMG-20240621-WA0000.jpg





**Asif Merchant (owner)**

2757@ s.whatsapp.net



**Ali Vakil**

0685@
s.whatsapp.net

6/21/2024 8:47:37 AM(UTC+0)

**Attachments:**

IMG-20240621-WA0001.jpg



**Asif Merchant (owner)**

2757@
s.whatsapp.net

6/21/2024 10:41:22 AM(UTC+0)

Brother, confirm it with Nadeem.



**Ali Vakil**

█████685@s.whatsapp.net

6/21/2024 1:02:33 PM(UTC+0)

**Attachments:**
Audio ›)) Duration: 00:00:14
a4b1045898fd4c7ebb69fcef56d3b1e7.opus

*Greetings. Buddy, your message came at 5 am in the morning and everyone was sleeping at that time, what could have I done? Just now at 9 o'clock in the morning I just woke up.  I called him, but he didn't pick up the call. Now, when I get a call from him, I will respond. .*



**Asif Merchant (owner)**

█████2757@s.whatsapp.net



**Ali Vakil**

685@s.whatsapp.net

6/21/2024 1:07:25 PM(UTC+0)

**Attachments:**

Audio ›)) Duration: 00:00:35
PTT-20240621-WA0003.opus

*No-No, I have spoken to Nadeem, and he has received the message that. "The payment would be made to you today... for today." But I... now... the person who I got it done through, you know ... I called him. Half ...I spoke to Nadeem half an hour ago. So then I sent the message to my person ... that buddy, "he just sent a 'today's' message. So, from "Today's" message, when will he come and when will he not come; at least he should give some type of a proper answer buddy. So, it be known that the person has to exit New York buddy... after making the payment, this is what I have stated. So, by the way I have had a conversation with Nadeem as well via message and, also I have told the person as well and as soon as the person's replies come. As soon as the person tells me after asking ahead, I would then update Nadeem.*



**Asif Merchant (owner)**

2757@s.whatsapp.net





**Ali Vakil**

685@s.whatsapp.net

6/21/2024 1:12:02 PM(UTC+0)

➤ **Forwarded**

Moeen is saying it is early morning time; the payment will be made today.

6/21/2024 1:12:11 PM(UTC+0)

Brother, will be received today God willing.



**Asif Merchant (owner)**



757@s.whatsapp.net



**Ali
Vakil**

███0685@
s.whatsapp.net



**Asif
Merchant
(owner)**

███757@
s.whatsapp.net



6/21/2024 1:12:19 PM(UTC+0)

**Attachments:**

Audio ›)) Duration: 00:00:37
9c3416e3148643a4bc699e6e00e64b8e.opus

*Yeah buddy Ali, you ...uh ...update Nadeem directly and the other thing is that do you know what happened? the payment couldn't be made yesterday. Whatever it was, it was a timing issue. And now, buddy I made the poor guy take a day off from his office only for the sake of the payment. Meaning, he lost his daily wages for today, and he took a day off today for my sake. Now he is waiting, and now he would for the payment, and then after that he would get the payment ... then I am leaving from here and then I would get there. He would then pick me up.. and, what do u call it, we need to make the payment and after that he would drop me off at the airport. The schedule is a little tight. Making an effort, tell him to get it done now, it would be kind of him.*

6/21/2024 1:12:42 PM(UTC+0)

The whole issue has been dealt with at our end and the detail has also been transferred last night



**Ali Vakil**

0685@
s.whatsapp.net

6/21/2024 1:13:30 PM(UTC+0)

 **Reply**

**Attachments:**

Audio ⟩⟩ Duration: 00:00:37
9c3416e3148643a4bc699e6e00e64b8e.opus

*Yeah buddy Ali, you ...uh ...update Nadeem directly and the other thing is that do you know what happened? the payment couldn't be made yesterday. Whatever it was, it was a timing issue. And now, buddy I made the poor guy take a day off from his office only for the sake of the payment. Meaning, he lost his daily wages for today, and he took a day off today for my sake. Now he is waiting, and now he would  for the payment, and then after that he would get the payment ... then I am leaving from here and then I would get there. He would then pick me up ... and, what do u call it, we need to make the payment and after that he would drop me off at the airport. The schedule is a little tight. Making an effort, tell him to get it done now, it would be kind of him.*

6/21/2024 1:12:19 PM(UTC+0)

Allah-willing.



**Asif Merchant (owner)**

2757@
s.whatsapp.net





**Ali Vakil**

0685@ s.whatsapp.net

6/21/2024 2:17:04 PM(UTC+0)

**Attachments:**

IMG-20240621-WA0005.jpg





**Asif Merchant (owner)**

2757@ s.whatsapp.net





**Ali Vakil**

███████0685@s.whatsapp.net

6/21/2024 2:17:10 PM(UTC+0)

**Attachments:**

Audio •)) Duration: 00:00:11
AUD-20240621-WA0006.opus

*Greetings Nadeem, Buddy manage it. Pick up the payment buddy. However the setting comes up to be., Sorry .... The delay which took place... sorry for it, but collect it by managing it, brother.*

6/21/2024 4:24:53 PM(UTC+0)

Outgoing call from
Asif Merchant ███████2757@s.whatsapp.net owner)

**Asif Merchant (owner)**

███████2757@s.whatsapp.net



**Ali
Vakil**

███████0685@
s.whatsapp.net



6/21/2024 4:25:49 PM(UTC+0)

**Attachments:**
Audio Duration: 00:00:05
e79c81e2f4214678858b3c0a2942e0d1.opus

*Greetings. O.K. Ali ... just Ali, his call came just now and he has received it ... Nadeem O.K.*

6/21/2024 4:33:30 PM(UTC+0)

Incoming call from
Ali Vakil ███████0685@s.whatsapp.net)



**Asif
Merchant
(owner)**

███████2757@
s.whatsapp.net



**Ali
Vakil**

██████0685@
s.whatsapp.net

6/21/2024 4:41:26 PM(UTC+0)

**Attachments:**

Audio ›)) Duration: 00:00:03
0b9f17a9b72c456ab0fa04bee0c9f15d.opus

*Ali, tell maternal uncle Kokab too.*



**Asif
Merchant
(owner)**

██████2757@
s.whatsapp.net



6/21/2024 4:41:47 PM(UTC+0)

**Attachments:**

Audio ›)) Duration: 00:00:07
PTT-20240621-WA0010.opus

*Brother Asif. I have entered it, this message of yours, which just stated, you know …
that, " have received", I have forwarded this same message to maternal uncle
Kokab.*