███████████

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------x

UNITED STATES OF AMERICA

          -against-

ASIF MERCHANT,

          Defendant.

------------------------------------x

Filed with Classified
Information Security Officer

CSO _____

Date _____1/22/26_____

**CLASSIFIED
MEMORANDUM & ORDER**
24-CR-362(EK)

ERIC KOMITEE, United States District Judge:

On January 14, the Court granted *in part* the government's motion to withhold certain classified materials from discovery pursuant to Section Four of the Classified Information Procedures Act (CIPA), 18 U.S.C. app. 3, and Federal Rule of Criminal Procedure 16.  See Classified Mem. & Order dated Jan. 14, at 28 ("CIPA Order").  At the same time, the Court reserved judgment on the request to withhold ███████ ██████████████████████████████████████████ ████ ██ ████ ████████████ ███████████ classified methods. ██ ██ ██

The government has now provided additional information regarding ███████████ at the Court's request. ███████ ██████████ ██ ██ ██ ██ ██ ████████ ████████ ██ ████ ████████ ████████ ██ ██ ████████ ████████ ██ ██ ████ ████████ Additionally, the government appeared for an *ex parte* and *in camera* conference on January 21.

███████████

The government's newest representations make clear that the ██████████████ is not *incrementally* helpful or material to the defense, ████████████████████████ — but ███████████—██████ the government has already produced. At the latest conference, the government confirmed that it has produced an unclassified ██████████████████████████ ██████████████████ that covers the same period. Tr. of Proceedings on Jan. 21, at 4:4-12 ("Jan. 21 Tr."). The government obtained this ████████ via ordinary law enforcement methods — through a search warrant. *Id.* at 3:25. At the conference and in a letter submitted thereafter, the government has now ████████████████████████████████ ████████████████████████ ███████████ ██████ ██████████████ *Id.* at 5:3-20; Jan. 22 Ltr. 1-2. Given these assurances, the Court is satisfied that the unclassified production provides the relevant information. *See United States v. Saipov*, No. 17-CR-722, 2019 WL 5558214, at *6 (S.D.N.Y. Oct. 29, 2019) (duplicative information not material or helpful).

Thus, the government shall be permitted to withhold the ████████ at issue. The government is directed to complete classification review of this Order by 3:00 P.M. on January 26. The Classified Information Security Officer is respectfully directed to maintain securely the government's classified submissions, the transcript of the *ex parte, in camera* hearing

2



on January 21, 2026, and this Order, and to make those materials available in the event of an appeal.

SO ORDERED.

_/s/ Eric Komitee_____
ERIC KOMITEE
United States District Judge


Dated:     January 22, 2026
           Brooklyn, New York